

## 12-23396-CIV-SCOLA/SNOW

### *UNITED STATES DISTRICT COURT*
#### SOUTHERN DISTRICT OF FLORIDA

Case No. 12- 22891-Civ-Scola

-----------------------------------------------------x

Domithilla Epuechi,

Civil Action No 12-22891-Civ-Scola

                                              Plaintiff,

                      -against-

Bayview Loan Servicing, LLC
Bayview Financial, L.P.
Bayview Financial trading Group, L.P.
Bayview Lending Group, L.P.
Robert Glenn Hall
Mortgage Electronic Registration Systems
Fein , Such,  Kahn & Shepard, P.C.

                                       Defendants.

-----------------------------------------------------x

> FILED by ___ D.C.
>
> SEP 1 7 2012
>
> STEVEN M. LARIMORE
> CLERK U. S. DIST. CT.
> S. D. of FLA. – MIAMI

## NOTICE OF REMOVAL
### (Diversity/Federal Question)

## TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE  that the defendant in the New Jersey foreclosure action and plaintiff in this action hereby removes to this Court the state court action described below:

1.  On May 17,2010 a foreclosure action was commenced in Superior Court of New Jersey Essex County by alleged plaintiff Bayview Loan Servicing, LLC .

2.  On May 18,2010 an assignment instrument was recorded in the Essex County Record Office executed by Robo Signer Rober Glenn Hall working for the Receiver of

the mortgage and note (Bayview/Plaintiff) signing in the name of MERS committing a conflict of interest in regard of the Plaintiff in the foreclosure action Bayvieww Loan Servicing, LLC.

3.   Defendant in the foreclosure action is Domithilla Epuechi.

4.   Plaintiff in in the foreclosure action is Bayview Loan Servicing, LLC .

5.   Plaintiff in this action is Domithilla Epuechi, whose address is 1019 Clinton Avenue in Irvington NJ 07111 Essex County.

6.   Defendants in this action are Bayview Loan Servicing, LLC, Bayview Financial, L.P., Bayview Financial Trading Group, L.P., Bayview Lending Group, L.P., Robert Glenn Hall, Mortgage Electronic Registration Systems known as MERS, and Fein Such, Kahn & Shepard, P.C.

7.   Defendants Bayview having its principal place of business at 4425 Ponce de Leon Boulevard 5th Floor in Coral Gables Florida 33146 Dade County within the jurisdiction of this Court.

8.   Defendant Robert Glenn Hall employee of Bayview Loan Servicing, LLC has its same work and business place as defendant Bayview in this action and is within this jurisdiction of this Court.

9.   Defendant MERS is an separate entity for the banking industry responsible for recordings and tracking of mortgages wit address at 1818 Library Street in Reston Virginia 20191 within Fairfax County. MERS is using as described in all mortgage Documents the shell address in Flint Michigan under P.O. Box 2026.

10. The foreclosure plaintiffs attorney Fein, Such, Kahn & Sheppard, P.C. and defend-ant in this action has its principal place of business at 7 Century Drive Suite 201 in

Parsippany NJ 07054 in Essex County.

11. A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

12. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1331 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. 1441(b) in that it arises under the law of the United States Constitution in regard of due process and in regard of state Courts bias rulings cutting all constitutional rights to plaintiff in this action including with the direct help and direct discussions without plaintiffs presence doing frivolous decisions checking on non original documents. Further this action of which this Court has original jurisdiction under 28 U.S.C. 1332 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. 1441 (b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $ 75,000, exclusive of interest and costs because the damage irreparable and harm was created by unknown lender, its servicer Bayview and the shoddy firm of Fein,Such, Kahn & Shepard, P.C. , which have no interest to solve this matter. Only after the first filing in Federal Court, representatives of Bayview called Plaintiff and wanted to reinstate the loan.

13. All defendants have been served with the Summons dated August 8, 2012 and Complaint.

14. Defendant is informed and believes that plaintiff Epuechi , was and still is, a citizen of the State of New Jersey. Defendants Bayview, "lender"or "servicer" was, at the time of filing of this action, an still is a citizen of Florida.

15. When this action was originally filed, complete fundamental civil rights were violated by lender, servicer its attorneys and New Jersey Courts in which they granted appeal and an extension but refused to extend the Sheriff Sale Stay before even a Hearing was scheduled and before Plaintiff was able to file a brief making a decision prior arguments in Appellate Court of New Jersey. Because of this refusal to extend the stay less than 24 hours before the Sheriff sales date of the property located at 1019 Clinton Avenue Irvington NJ 07111, Plaintiff had no choice to stop the sale with filing a Chapter 13 bankruptcy petition, which is covering the stay at this time.

16. Plaintiff in this action filed a adversary proceeding in US Bankruptcy Court, District of New Jersey in Newark pursuant Bankruptcy Rule 7001 to extend the Sheriff Sale stay until Plaintiff receives a stay from this Court pending the outcome of this action.

Wherefore defendant in the foreclosure action Domithilla Epuechi and plaintiff in this action prays that the New Jersey foreclosure action F- 28703-10 , A-004006-11T4 be removed to the United States District Court for the Southern District of Florida.

Dated: September , 2012

By _____
Domithilla Epuechi Pro- Se

973 733 - 9838

SUPREME COURT OF NEW JERSEY
S-53 September Term 2011
071004

BAYVIEW LOAN SERVICING, LLC

    Plaintiff,

        v.

DOMITHILLA EPUECHI,

    Defendant-Applicant.

# FILED

JUN 1 8 2012

O R D E R

This matter having come before the Court on the application
of defendant, pro se, pursuant to Rule 2:9-8, seeking emergent
relief arising from defendant's application for leave to file an
emergent motion on short notice in the Superior Court, Appellate
Division, for purposes of seeking a stay pending appeal of a
sheriff's sale presently scheduled for June 19, 2012; and on
April 17, 2012, the Superior Court, Chancery Division, Essex
County (F-28703-10) having entered an order granting defendant's
motion for a stay and adjourning the sheriff's sale until June
19, 2012, "for purposes of pursuit of the appeal filed by
[d]efendant on April 16, 2012"; and on May 23, 2012, the
Superior Court, Appellate Division (A-4006-11T4) having
considered defendant's motion for a stay and having entered an
order denying defendant's motion and explaining that its order
"is not a final disposition of the appeal and does not modify

the stay previously entered in the trial court"; and on June 14.

2012, the Chancery Division having denied defendant's renewed

request for a stay of the sheriff's sale pending appeal.

explaining that the Appellate Division had denied a stay and

that the Chancery Division lacked jurisdiction to entertain the

motion in light of the appeal; and on June 15, 2012, the

Appellate Division having denied defendant permission to file an

emergent motion on short notice, noting that defendant "was

denied a stay pending appeal by the Appellate Division by order

of May (23), 2012"; and the undersigned having reviewed the

papers defendant submitted in support of her emergent

application, as well as the dispositions of the Appellate

Division and Chancery Division; it is hereby ORDERED that the

application is denied.


                                        _____
                                        Justice Helen E. Hoens

Dated:   June 18, 2012
                                        The foregoing is a true copy
                                        of the original on file in my office.

                                        _____
                                        CLERK OF THE SUPREME COURT
                                              OF NEW JERSEY


                            - 2 -

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
216 HADDON AVENUE
WESTMONT, NJ  08108

FAX #:   (855) 858-9243

DATE:  10/15/12

TIME:  5:20 pm

TO:  Domitrilla Epicch .        FAX #: 973-733-9838
Fun. Sub. Kahn & Shepherd PC
att. for Bayview Loan Servicer    FAX #: 973-347-2976

Judge Koprowski Jr.    FAX #: 973-648-2146

FROM:  Daryl - Judge Axelrod law clerk

PHONE #:  856-854-8590

RE:  Bayview loan servicer
v. Domitrilla Epicch.

NO. OF PAGES:  2        (INCLUDING COVER PAGE)

MESSAGE:  application As permission to file emergent
motion

CONFIDENTIALITY NOTICE

The information contained in this facsimile transmission
may be privileged and confidential information intended for the
sole use of the persons or entities named on this transmission.
The dissemination, distribution, copying, or use of the
information it contains is strictly prohibited. If you have
received this transmission in error, please call the sender
immediately.

IF YOU DO NOT RECEIVE ALL OF THE PAGES OR HAVE PROBLEMS
RECEIVING THIS FACSIMILE, PLEASE CALL THE SENDER ASAP.

**SUPERIOR COURT OF NEW JERSEY**
**APPELLATE DIVISION**
**DISPOSITION ON APPLICATION FOR PERMISSION TO FILE EMERGENT MOTION**

Case Name: A-004006-11T4

Trial Court or Agency Below: _____

## DO NOT FILL IN THIS SECTION — FOR COURT USE ONLY

**I.** The application for leave to file an emergent motion on short notice is **Denied** for the following reasons:

☐ The application does not concern a genuine emergency or otherwise does not warrant adjudication on short notice.  Counsel may file a motion with the Clerk's Office in the ordinary course.

☐ The applicant did not apply to the trial court or agency for a stay, and obtain a signed order, before seeking a stay from the Appellate Division.

☐ The application concerns an order entered during trial as to which there is no prima facie showing that immediate interlocutory intervention is warranted.

☒ Other reasons: Appellant was denied not a proper appeal by the Appellate Division Order of aug. 17, 2012

**II.** The application for leave to file an emergent motion on short notice is **Granted** on the following terms:

**A.** The applicant must file an original and two copies of the motion for emergent relief _and_ a notice of appeal or motion for leave to appeal (plus all required fees or an indigency motion) with Judge _____ by no later than _____.  On that same date, copies must be delivered to all counsel/pro se parties and to Judge _____.  A copy must also be sent to the trial judge or agency whose decision is being appealed.

**B.** Opposition must be served and filed by no later than _____.

**C.** Other terms: _____
_____
_____
_____

_____                    6/15/12
FRANGNE I AXARRA     J.A.D.                 Date
4/13   Revised 08/2010, CN 10456-English                5110P2q   page 4 of 4

pr 28 12 03:38p                                                                 p.1

973 648 2146
04/16/12 17:42:03          REMOTE ID->          973 648 2146  Imprint ID    09:51:08  04-18-2012    2/2
                                                                                      Page 002

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
3616-363
Attorney for Plaintiff

F I L E D
APR 17 2012
Hon. Harriet F. Klein, J.S.C.

BAYVIEW LOAN SERVICING, LLC

                              Plaintiff
vs.

DOMITHILLA EPUECHI, et als.

                              Defendant

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION-
ESSEX COUNTY

DOCKET NO.: F-28703-10

CIVIL ACTION

ORDER *FOR STAY PENDING APPEAL*
*on April 16, 2012*

THIS MATTER being opened to the Court upon Application of

Defendant, DOMITHILLA EPUECHI, and FEIN, SUCH, KAHN & SHEPARD,

P.C., appearing on behalf of the Plaintiff, BAYVIEW LOAN

SERVICING, LLC, Vincent DiMaiolo, Jr. appearing thereon, and the

court having considered the papers submitted by the applicant and

having heard the oral argument of both parties, and for good

cause  shown,

        IT IS ON THIS   *17Th*  DAY OF   *April*   , 2012

    ORDERED, that for the reasons stated on the record, the

Defendant's Motion *for a Stay of* Sheriff's Sale is hereby granted *for the*
*purpose of pursuit of the appeal filed by Defendant on April 16, 2012*
and it is further

    ORDERED, that the public sale of property located at 1019

CLINTON AVENUE, IRVINGTON, NJ be adjourned until June 19, 2012; *however, if*
*the Appellate Division disposes of the appeal prior thereto, the sale may be re-*
and it is further *scheduled for an earlier date on notice to Defendant*

    ORDERED, that a copy of this Order shall be served upon all

parties in interest in this matter, within seven (7) day of

receipt by plaintiff's counsel.

                                              HARRIET F. KLEIN, J.S.C. J.s.c

Apr 12 12 04:41p                                                                          p.3

04/10/12  13:41:16          REMOTE IO->Superior Court of NJ  Imprint ID                Page 002

```
                                                          F I L E D
                                                            APR 10 ...
                                            WALTER KOPROWSKI, JR., J.S.C.
```

FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
B616-363
Attorney for Plaintiff

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC | SUPERIOR COURT OF NEW JERSEY |
| | CHANCERY DIVISION- |
| Plaintiff | ESSEX COUNTY |
| vs. | |
| | DOCKET NO.: F-28703-10 |
| DOMITHILLA EPUECHI, et als. | |
| | CIVIL ACTION |
| Defendant | |
| | ORDER |

THIS MATTER being opened to the Court upon Application of
Defendant, DOMITHILLA EPUECHI, and FEIN, SUCH, KAHN & SHEPARD,
P.C., appearing on behalf of the Plaintiff, BAYVIEW LOAN
SERVICING, LLC, Vincent DiMaiolo, Jr. appearing thereon, and the
court having considered the papers submitted by the applicant and
having heard the oral argument of both parties, and for good
cause  shown,

        IT IS ON THIS  10th  DAY OF  April      , 2012
    ORDERED, that for the reasons stated on the record, the
Defendant's Motion to Adjourn a Sheriff's Sale is hereby granted;
and it is further

    ORDERED, that the public sale of property located at 1019
CLINTON AVENUE, IRVINGTON, NJ be adjourned until April 17, 2012;
and it is further

    ORDERED, that a copy of this Order shall be served upon all
parties in interest in this matter, within seven (7) day of
receipt by plaintiff's counsel.

                                        _____
                                                            J.S.C

Received Time Apr. 12.  4:17PM

Apr 12 12 04:41p                                                                           p.2

**FORM C**

*BAYVIEW LOAN SERVICING, LLC*

*¼ FEIN, SUCH, KAHN & SHEPARD, P.C.*

Plaintiff's Name (first, middle, last)

*7 CENTURY DRIVE   SUITE 201*

Address

*PARSIPPANY   NJ   07054*

City, State, Zip Code

*973 - 538 - 4700*

Telephone Number

vs.

*DOMITHILLA EPUECHI*

Defendant's Name (first, middle, last)

*1019 CLINTON AVE*

Address

*IRVINGTON, NJ   07111*

City, State, Zip Code

*973 - ~~555~~ - 517 - 6144*

Telephone Number

SUPERIOR COURT OF NEW JERSEY

CHANCERY ~~LAW~~ DIVISION

~~SPECIAL CIVIL~~ PART

*GENERAL EQUITY*

*ESSEX* County

Docket Number   *F - 28713-10*

F I L E D

APR   9 2012

Hon. Harriet F. Klein, J.S.C.

CIVIL ACTION

ORDER

---

This matter being opened to the court by *DOMITHILLA EPUECHI* the *(check one)*

(Your Name)

☐ Plaintiff  ☒ Defendant in the case by way of motion seeking an order to:

✓ Permit Discovery

_____ Vacate Dismissal/Reinstate Complaint

_____ Amend Complaint

_____ Amend Answer

_____ Amend Judgment

_____ Enter Judgment Out of Time

✓ Vacate Default/Vacate Default Judgment *entered on June 6, 2011*

_____ Other (Specify)

and the court having considered the motion, pleadings on file and/or argument of the moving party and for good cause appearing:

*(Do not write below this line, for court use only)*

On this   *9th*   day of   *April*   20*12* :

it is ORDERED that *the motion to vacate default judgment is DENIED. Defendant has not met the requirements of R. 4:50-1, namely excusable neglect and a meritorious defense. Defendant has not raised any issues regarding service of process. She has set forth a laundry list of common defenses to residential mortgage/real sales, whereas this was a commercial mortgage. Her documents consist largely of papers from unrelated proceedings. Plaintiff has presented a Note marked "Original" with an*

IT IS FURTHER ORDERED that a copy of this Order *as an Assignment of Mortgage predating the Complaint.* be served by the moving party upon all other parties of their attorneys, if any, within   *7*   days of the date listed above.

This motion was:

(Opposed)   Unopposed

*Harriet F. Klein*

J.S.C.

Revised 06/2008, CN 10543-English (How to File a Motion in the Special Civil Part)

*※ This is the first time that Defendant seeks to raise these defenses after two modification agreements and 2 Bankruptcy filings to delay.*

Received Time Apr. 12. 9 4:17PM

Feb 23 12 06:16p

1/12 14:26:59          REMOTE ID->          373 648 2146 Imprint ID          Page ...          p.4

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 539-9300
B616-363
Attorney for Plaintiff



FEB 2 2 2012
KENNETH S. LEVY, P.J.Ch.

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff | CHANCERY DIVISION- |
| | ESSEX COUNTY |
| vs. | |
| | DOCKET NO.: F-28703-10 |
| DOMITHILLA EPUECHI, et als. | CIVIL ACTION |
| Defendant | ORDER |

**THIS MATTER** being opened to the Court upon Application of Defendant, DOMITHILLA EPUECHI, and FEIN, SUCH, KAHN & SHEPARD, P.C., appearing on behalf of the Plaintiff, BAYVIEW LOAN SERVICING, LLC, Vincent DiMaiolo, Jr. appearing thereon, and the court having considered the papers submitted by the applicant and having heard the oral argument of both parties, and for good cause shown,

IT IS ON THIS 22nd DAY OF *February*, 2012

**ORDERED,** that for the reasons stated on the record, the Defendant's Motion to Adjourn a Sheriff's Sale is hereby granted; and it is further

**ORDERED,** that the public sale of property located at 1019 CLINTON AVENUE, IRVINGTON, NJ be adjourned until March 27, 2012; and it is further

**ORDERED,** that a copy of this Order shall be served upon all parties in interest in this matter, within seven (7) day of receipt by plaintiff's counsel.

KENNETH S. LEVY, P.J.Ch.          J.S.C.



**Supreme Court of New Jersey**
**Advisory Committee on Judicial Conduct**
Richard J. Hughes Justice Complex
P.O. Box 037, Trenton, New Jersey 08625-0037
Phone: (609) 292-2552   Fax: (609) 292-6848
Website: http://www.njcourtsonline.com

| For Office Use Only |
| --- |
| Docket Number: |
| Date Received: |

# Complaint Form

Instructions: Please type or print all information. Please attach any supporting documents to this complaint form and send them to the address shown above. Be advised that the Committee will not return any documents.

Your Name: DOMITHILLA EPUECHI

Mailing Address: 1019 CLINTON AVE

City: IRVINGTON          State: NJ     Zip Code: 07111

Telephone Number: 973-517-6144

Name of Judge: 1) CARMEN MESSANO P.J.A.D ; 2) JUSTICE HELEN E HOENS
3) FRANCINE F. AXELRAD J.A.D ; 4) HON. HARRIET F. KLEIN, JSC

County/Municipality Where Judge Presides: ESSEX COUNTY

Case Number/Docket Number (if applicable): F-28703-10 ; A4006-11T4 ;
§ 54 SEPTEMBER TERM 2011, 071004  US. BANKRUPTCY
12-25622-RG+13I   US. DISTRICT COURT FLORIDA

List the name of any Attorney(s) involved: 12-CV-22341- UNGARO / TORRES

FEIN, SUCH, KAHN + SHEPARD, P.C.   7 CENTURY DRIVE SUITE 201
PARSIPPANY NJ 07054

List the name of any witnesses who observed the judge's conduct:

NONE , RECORDS ARE SPEAKING FROM HIMSELF

**Complaint Form**

Please state the nature of your complaint against the judge(s) and provide specific facts to support your allegation(s) of judicial misconduct.  Please include the date(s) of the alleged misconduct.  You may attach additional pages, if necessary.

THIS ACTION - MOTION WAS INITIATED IN SUPERIOR COURT ESSEX COUNTY BEFOR HON HARRIET F. KLEIN, WHICH ON APRIL 9, 2012 OPPOSED THE DEFENDANTS MOTION TO VACATE JUDGMENT. THERE WAS NO HEARING BUT THE JUDGE STATED THAT PLAINTIFF PRESENTED A NOTE MARKED "ORIGINAL" WITH AN ALLONGE AS WELL AS THE ASSIGNMENT OF MORTGAGE. HOW CAN A JUDGE ASSERT THAT HE HAS SEEN THE ORIGINAL NOTE IF THERE WAS NO HEARING, FEIN, SUCH, KAHN + SHEPARD, P.C. ARE KNOWN TO REPRODUCE FAKE AND NOT AUTHENTIC DOCUMENTS IN COURTS - THEY SENT POSSIBLY A FAX TO THE COURT STAMPING THE NOTE WITH "ORIGINAL". THIS FIRM IS UNDER INVESTIGATION BY FEDERAL AUTHORITIES IN THIS REGARD.

THIS MOTION WAS BROUGHT BECAUSE OF ROBO-SIGNER ROBERT GLENN HALL WORKING FOR THE PLAINTIFF ASSIGNING WITHOUT AUTHORITY THE NOTE OVER TO HIS EMPLOYER, AS A PERSON EXECUTING A DOCUMENT HE ADDITION-ALLY CANNOT ASSIGN TO HIMSELF OR PLAINTIFF AND ITS EMPLOYER A MORTGAGE AND NOTE IT IS A CONFLICT OF INTEREST ISSUE INVOLVED IN HIS SHODDY WAY OF DOING BUSINESS.

FURTHER EPVECHI APPEALED TO THE APPELLATE DIVISION WICH GAVE THE APPELLANT UNTILL JULY 19, 2012 TO FILE A BRIEF BUT IT DENIED TO EXTEND THE SHERIFF SALE ON MAY 22, 2012 BY CARMEN MESSANO P.J.A.D.

PREVIOUSLY ON MAY 21, 2012 FEIN, SUCH, KAHN + SHEPARD, P.C. FILED OPPOSITION PAPERS TO DENY REQUEST FOR EXTENSION OF SHERIFF SALE.
APPELLANT HAD NOT THE OPPORTUNITY TO FILE ANY REPLY BECAUSE DENIAL WAS MADE THE NEXT DAY.
APPELLANT TRIED TO DO IT A RECONSIDERATION IN APPELLATE AND WAS ALSO DENIED / FURTER THE LAST-AGAIN WE DON'T KNOW HOW A SUPREME COURT THAT HAS NOT OFFICIALLY THE CASE, NO FEES (COURT FEES WERE PAID HAD THE AUTHORITY TO DO ANY DECISION IN THIS MATTER (JUNE 18, 2012). COURTS ATTORNEY MENTION

DID NOT GIVE APPELLANT A REGULAR DUE PROCESS TO DEFEND HIMSELF ESPECIALLY IF NO BRIEF WAS MADE BY APPELLANT UNTIL 7-19-12, COURTS DECEIDED THE ISSUE BEFORE IT WAS EVEN HEARD IN A OPEN NUTRAL COURT.

X _____
Signature

DATE: JUNE 26, 2012

Date WITH THE EXTENSION

New Jersey Judiciary, Supreme Court, Advisory Committee on Judicial Conduct
Revised: 10/2007, CN: 11166-English

page 2 of 2

WE KNOW THAT NEW JERSEY COURTS ARE IMUNE OF SUITS THEREFORE WE GOT THE STAY FROM THE US BANKRUPTCY COURT AND WE FILED A ACTION

B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): EPUECH I | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): DOMITHILLA | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3425 | |
| Street Address of Debtor (No. and Street, City, and State): 1019 Clinton Av. Irvington NJ [ ] ZIP CODE | |
| County of Residence or of the Principal Place of Business: ESSEX | |
| Mailing Address of Debtor (if different from street address): | |
| [ZIP CODE] | |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

Case # : 12-25622-RG+13I
Debtor.: DOMITHILLA EPUECHI
Judge..: ROSEMARY GAMBARDELLA
Chapter: +13I
Filed : June 19, 2012  12:32:37
Deputy : CHERYL DORSEY
Receipt: 517915
Amount : $0.00

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☐ Chapter 11 <br> ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☒ Chapter 13 |
| **Chapter 15 Debtors** <br> Country of debtor's center of main interests: <br> <br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** (Check box, if applicable.) <br> ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached. <br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter). <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Estimated Liabilities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1) (12/11)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Page 2 |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (if more than two, attach additional sheet.)

| Location<br>Where Filed: Newark | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: Newark | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: Bayview Loan Services | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): | Page 3 |
| --- | --- | --- |
| *(This page must be completed and filed in every case.)* | | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney) 9-75-517-6104

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9084-2(c)

**FILED**
~~James~~ J. Waldron, Clerk

AUG 27 2012

U.S. Bankruptcy Court, Newark NJ
BY: _____ Deputy

In Re:

Domithilla Epuechi

Case Number: _____12-25622_____

Hearing Date: _____

Judge: _____RG_____

Chapter: _____13_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

8/27/12
WBJ

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to September 12, 2012

☐ Denied.

*Rev. 7/1/04; jml*

2

RETURN

SERVED SUMMONS
AND COPLAINT + ORDERS

WITH CERTIFICATE OF
SERVICE + CONFIRMATIONS OF
DELIVERY

CASE # 1:12-CV-22891-RNS

# UNITED STATES DISTRICT COURT
Southern District of Florida

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Summons and Complaint #3 The Redaction Requirements # 2, Redaction Requirements and Privacy Policy #4, Redaction Requirements and Privacy Policy and Order Providing Instructions #5 , Redaction Requirements and Privacy Policy with Order Requiring Discovery and Scheduling # 6 was served by Certified Mail Return Receipt on the **29th** of (29) August 2012 on all defendants in this action see Servicer List below.

ALL PARTIES RECEIVED AND ACCEPTED SERVICE.
GREEN CARDS CAME BACK
CHECKED WITH US POSTAL SERVICE

List

Bayview Loan Servicing, LLC,
Bayview Lending Group, LLC
Bayview Financial Trading Group, L.P.,
Bayview Financial, L.P.

4425 Ponce de Leon Boulevard , 5th Floor
Coral Gables Florida  33146
1-800-457-5105

Mortgage Electronic Registration System
1818 Library Street
Reston Virginia 20191
800-646-6377

Robert Glenn Hall
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables Florida 33146
800-457-5105

_____
Signature of Filer

FRED GARZO
Print the Name

77-18 101 AVE
Address

OZONE PARK NY 11416
City, State, Zip Code

609-437-1151
Telephone Number

c/o
Bayview Loan Servicing , LLC

and

9780 SW 85th Street
Miami Florida 33173
800-457-5105

Fein , Such, Kahn & Shepard, P.C.
7 Century Drive Suite 201
Parsippany New Jersey 07054
973-538-4700

Issue PVI:                         $10.95

MIAMI FL 33146                     $3.30
Zone-6 First-Class
Large Env
12.40 oz.
Expected Delivery: Sat 09/01/12
Return Rcpt (Green               $2.35
Card)
Certified                        $2.95
Label #:    70101670000042135094
                                 ========
Issue PVI:                        $8.60

PARSIPPANY NJ 07054               $3.30
Zone-1 First-Class
Large Env
12.90 oz.
Expected Delivery: Thu 08/30/12
Return Rcpt (Green               $2.35
Card)
Certified                        $2.95
Label #:    70101670000042135100
                                 ========
Issue PVI:                        $8.60


                                 ==========
Total:                            $64.90

Paid by:
Debit Card                        $64.90
  Account #:      XXXXXXXXXXXX8013
  Approval #:     183087
  Transaction #:  719
  23903310027
  Receipt#:       000807

Order stamps at usps.com/shop or
call 1-800-Stamp24.  Go to
usps.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS. 275-8777
***********************************
***********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***********************************
***********************************


Bill#:1000502118929
Clerk:17

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
***********************************
***********************************
     HELP US SERVE YOU BETTER

          Go to:
   https://postalexperience.com/Pos

```
              IRVINGTON STATION
              IRVINGTON, New Jersey
                  071119998
                3356730116-0095
         08/29/2012 (973)399-0217 02:38:26 PM
         ==================================
         ============ Sales Receipt ============
         Product         Sale Unit      Final
         Description     Qty  Price      Price
         ====================================

         MIAMI FL 33146                   $5.85
         Zone-6 Priority Mail
         14.60 oz.
          Expected Delivery: Fri 08/31/12
          Return Rcpt (Green              $2.35
          Card)
          Certified                       $2.95
          Label #:     70101670000042135148
                                         ========
          Issue PVI:                     $10.95

         RESTON VA 20191                  $3.30
         Zone-3 First-Class
         Large Env
         12.20 oz.
          Expected Delivery: Fri 08/31/12
          Return Rcpt (Green              $2.35
          Card)
          Certified                       $2.95
          Label #:     70101670000042135117
                                         ========
          Issue PVI:                      $8.60

         MIAMI FL 33146                   $3.30
         Zone-6 First-Class
         Large Env
         13.00 oz.
          Expected Delivery: Sat 09/01/12
          Return Rcpt (Green              $2.35
          Card)
          Certified                       $2.95
          Label #:     70101670000042135124
                                         ========
          Issue PVI:                      $8.60

         MIAMI FL 33146                   $3.30
         Zone-6 First-Class
         Large Env
         12.80 oz.
          Expected Delivery: Sat 09/01/12
          Return Rcpt (Green              $2.35
          Card)
          Certified                       $2.95
          Label #:     70101670000042135131
                                         ========
          Issue PVI:                      $8.60

         MIAMI FL 33173                   $5.65
         Zone-6 Priority Mail
         14.10 oz.
          Expected Delivery: Fri 08/31/12
          Return Rcpt (Green              $2.35
          Card)
          Certified                       $2.95
          Label #:     70101670000042135155
```





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ $3.30 | 0116 |
| Certified Fee | $2.95 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.60 | 08/29/2012 |

Sent To: FEIN, SUCH, KAHN & SHEPARD P.C
Street, Apt. No. or PO Box No. 7 CENTURY DR. SUITE 201
City, State, ZIP+4 PARSIPPANY NJ 07054

PS Form 3800, August 2006    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Sent To: Robert Glen Hall
Street, Apt. No. or PO Box No. 9780 South West 88th
City, State, ZIP+4 Miami FL 33173

PS Form 3800, August 2006    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33146

| | | |
|---|---|---|
| Postage | $ $3.30 | 0116 |
| Certified Fee | $2.95 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.60 | 08/29/2012 |

Sent To: Bayview Financial LP
Street, Apt. No. or PO Box No. 4425 Pounce de Leon Blvd
City, State, ZIP+4 Coral Gables FL 33146

PS Form 3800, August 2006    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33146

| | | |
|---|---|---|
| Postage | $ $3.30 | 0116 |
| Certified Fee | $2.95 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.60 | 08/29/2012 |

Sent To: Bayview Loan Servicing LLC
Street, Apt. No. or PO Box No. 4425 Pounce de Leon Blvd
City, State, ZIP+4 Coral Gables FL 33146

PS Form 3800, August 2006    See Reverse for Instructions







%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS

Domithilla Epuechi

**(b)** County of Residence of First Listed Plaintiff  Essex/ New Jersey
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Pro Se

## DEFENDANTS

Bayview Loan Servicing, LLC, MERS, Robert Glenn Hall, et al

County of Residence of First Listed Defendant  Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

Attorneys (If Known)

Fein, Such, Kahn & Shepard, P.C.

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☑ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyright | ☑ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☒ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Act | 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | ☐ 950 Constitutionality of State |
| | Employment | ☐ 550 Civil Rights | Application | | Statutes |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | |
| | Other | | Detainee | | |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):
a) Re-filed Case ☑ YES ☐ NO   b) Related Cases ☐ YES ☐ NO

JUDGE *URSULA UNGARO*   DOCKET NUMBER 1:12-CV-22341-UNGARO/
FILED COMPLAINT 6-25-12 /CASE DISMISSED CLOSED ADMINISTRATIVE PURPOSES(7-5-12)TORRES

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

fraudulent documents used, assignment papers executed by robosigner

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 2,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DOMITHILLA EPUECHI/PRO SE

DATE August 6, 2012

FOR OFFICE USE ONLY

AMOUNT _____   RECEIPT # _____   IFP _____

U.S. District Court - Southern District of Florida

Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

-----------------------------

Case: 1:12-cv-22891-RNS  #2
2 pages.
Wed Aug  8 10:24:51 2012

-----------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

All filings and attachments must comply with the redaction requirements in Fed.
R. Civ. P. 5.2 & Fed. R. Crim. P. 49.1. Unless specifically exempted by the
rules or by court order, the personal identifiers noted below must be redacted
to show only the following:

Social Security number: last four digits only; taxpayer ID number: last four
digits only; financial account numbers: last four digits only; date of birth:
year only; minor's name:  initials only; home address: city and state only
(for criminal cases only).

It is the sole responsibility of counsel and the parties to ensure the redaction
of personal identifiers.  The Clerk's Office will not review any document for
redaction purposes. Any personal information not otherwise protected will be made
available over the internet via PACER.

* For the complete privacy policy and redaction requirements, see the CM/ECF
Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATIO
N

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel
appearing pro hac vice must file, in each pending case, a notice of change of
mailing address or contact information whenever such a change occurs. If court
notices sent via the U.S. mail are returned as undeliverable TWICE in a case,
notices will no longer be sent to that party until a current mailing address is
provided.

See reverse side

Subject:Activity in Case 1:12-cv-22891-RNS Epuechi v. Bayview Loan
Servicing, LLC et al Judge Assignment
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply
.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 8/8/2012 9:50 AM EDT and filed
on 8/6/2012


Case Name: Epuechi v. Bayview Loan Servicing, LLC et al
Case Number: 1:12-cv-22891-RNS

Filer:

Document Number: 2

(No document attached)
Docket Text:
Judge Assignment to Judge Robert N. Scola, Jr and Magistrate Judge Ted E.
Bandstra (tpl)


1:12-cv-22891-RNS Notice has been electronically mailed to:


1:12-cv-22891-RNS Notice has not been delivered electronically to those
listed
below and will be provided by other means. For further assistance, please
contact our Help Desk at 1-888-318-2260.:
Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111




Service list page 1 only

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Bayview Financial Trading Group,L.P.,Robert Glenn | ) |
| Hall,Bayview Loan Servicing,LLC.,Bayview Lending | ) |
| Group,LLC.,Bayview Financial,L.P.,Mortgage Electr- | ) |
| onic Registration System,Fein,Such,Kahn&Shepard | ) |
| *Defendant(s)* | ) |

Civil Action No. 12 − 22891−CIV−SCOLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1A) Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. ,5th Floor
Coral Gables FL. 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   ~~08/06/2012~~  Aug 8, 2012   _____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Tanisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Bayview Financial Trading Group,L.P.,Robert Glenn Hall,Bayview Loan Servicing,LLC.,Bayview Lending Group,LLC.,Bayview Financial,L.P.,Mortgage Electronic Registration System,Fein,Such,Kahn&Shepard | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 12 - 22891-CIV-SCOLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Glenn Hall
9780 SW 85th Street
Miami FL 33173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___ Aug 8, 2012 ___
~~08/06/2012~~



**SUMMONS**

S/Tamisha Powell
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Bayview Financial Trading Group,L.P.,Robert Glenn | ) |
| Hall,Bayview Loan Servicing,LLC.,Bayview Lending | ) |
| Group,LLC.,Bayview Financial,L.P.,Mortgage Electr- | ) |
| onic Registration System,Fein,Such,Kahn&Shepard | ) |
| *Defendant(s)* | ) |

Civil Action No. 12-22891-CIV-SCOLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mortgage Electronic Registration System
1818 Library Street
Reston VA 20191

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   ~~08/06/2012~~   Aug 8, 2012



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/Taniaha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Bayview Financial Trading Group,L.P.,Robert Glenn Hall,Bayview Loan Servicing,LLC.,Bayview Lending Group,LLC.,Bayview Financial,L.P.,Mortgage Electronic Registration System,Fein,Such,Kahn&Shepard | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 12- 22891-CIV-SCOLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1B) Bayview Lending Group,LLC
4425 Ponce de Leon Blvd. ,5th Floor
Coral Gables FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  ~~08/06/2012~~  Aug 8, 2012
_____



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Tanisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Bayview Financial Trading Group,L.P.,Robert Glenn Hall,Bayview Loan Servicing,LLC.,Bayview Lending Group,LLC.,Bayview Financial,L.P.,Mortgage Electronic Registration System,Fein,Such,Kahn&Shepard | ) |
| *Defendant(s)* | ) |

Civil Action No. 12- 22891 -CIV-SCOLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fein, Such, Kahn & Shepard, P.C.
7 Century Drive , Suite 201
Parsippany NJ 07054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    ~~08/06/2012~~
Aug 8, 2012



Steven M. Larimore
Clerk of Court

# SUMMONS

s/Tanisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Bayview Financial Trading Group,L.P.,Robert Glenn Hall,Bayview Loan Servicing,LLC.,Bayview Lending Group,LLC.,Bayview Financial,L.P.,Mortgage Electronic Registration System,Fein,Such,Kahn&Shepard | ) |
| _Defendant(s)_ | ) |

Civil Action No. 12-22891-CIV-SCOLA

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  1C) Bayview Financial Trading Group, L.P.
4425 Ponce de Leon Blvd. ,5th Floor
Coral Gables FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  ~~08/06/2012~~  Aug 8, 2012



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Tamisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Domithilla Epuechi (3425/1966) | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No. 12-22891-CIV-SCOLA |
| Bayview Financial Trading Group,L.P.,Robert Glenn Hall,Bayview Loan Servicing,LLC.,Bayview Lending Group,LLC.,Bayview Financial,L.P.,Mortgage Electronic Registration System,Fein,Such,Kahn&Shepard | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   1D) Bayview Financial, L.P.
4425 Ponce de Leon Blvd. ,5th Floor
Coral Gables FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Domithilla Epuechi  Pro Se
1019 Clinton Avenue
Irvington NJ 07111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 8, 2012
~~08/08/2012~~



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/Tanisha Powell
Deputy Clerk
U.S. District Courts

U.S. District Court – Southern District of Florida

———

Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

————————————————

Case: 1:12-cv-22891-RNS   #4
3 pages.
Wed Aug  8 13:53:30 2012

————————————————

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

All filings and attachments must comply with the redaction requirements in Fed. R. Civ. P. 5.2 & Fed. R. Crim. P. 49.1. Unless specifically exempted by the rules or by court order, the personal identifiers noted below must be redacted to show only the following:

Social Security number: last four digits only; taxpayer ID number: last four digits only; financial account numbers: last four digits only; date of birth: year only; minor's name: initials only; home address: city and state only (for criminal cases only).

It is the sole responsibility of counsel and the parties to ensure the redaction of personal identifiers.  The Clerk's Office will not review any document for redaction purposes. Any personal information not otherwise protected will be made available over the internet via PACER.

' For the complete privacy policy and redaction requirements, see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATIO
N

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

See reverse side

Subject:Activity in Case 1:12-cv-22891-RNS Epuechi v. Bayview Loan
Servicing, LLC et al Clerks Receipt
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply
.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 8/8/2012 1:32 PM EDT and filed
on 8/8/2012

Case Name: Epuechi v. Bayview Loan Servicing, LLC et al
Case Number: 1:12-cv-22891-RNS

Filer:

Document Number: 4

Docket Text:
Clerks Notice of Receipt of Filing Fee received on 8/8/2012 in the amount
of $ 350.00, receipt number FLS100043394 (jua)

1:12-cv-22891-RNS Notice has been electronically mailed to:

1:12-cv-22891-RNS Notice has not been delivered electronically to those
listed
below and will be provided by other means. For further assistance, please
contact our Help Desk at 1-888-318-2260.:
Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100043394
Cashier ID: jmorgan
Transaction Date: 08/08/2012
Payer Name: DOMITHILLA EPUECHI
------------------------------------
CIVIL FILING FEE
 For: DOMITHILLA EPUECHI
 Case/Party: D-FLS-1-12-CV-022891-001
 Amount:        $350.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 204126054836
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:     $0.00

1:12-CV-22891-RNS

DOMITHILLA EPUECHI


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100043394
Cashier ID: jmorgan
Transaction Date: 08/08/2012
Payer Name: DOMITHILLA EPUECHI
------------------------------------
CIVIL FILING FEE
 For: DOMITHILLA EPUECHI
 Case/Party: D-FLS-1-12-CV-022891-001
 Amount:      $350.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 284126854836
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:        $0.00

1:12-CV-22891-RNS

DOMITHILLA EPUECHI


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

U.S. District Court - Southern District of Florida

Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

-------------------------

Case: 1:12-cv-22891-RNS  #5
4 pages.
Wed Aug  8 15:22:18 2012

-------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

All filings and attachments must comply with the redaction requirements in Fed.
R. Civ. P. 5.2 & Fed. R. Crim. P. 49.1. Unless specifically exempted by the
rules or by court order, the personal identifiers noted below must be redacted
to show only the following:

Social Security number: last four digits only; taxpayer ID number: last four
digits only; financial account numbers: last four digits only; date of birth:
year only; minor's name:  initials only; home address: city and state only
(for criminal cases only).

It is the sole responsibility of counsel and the parties to ensure the redaction
of personal identifiers.  The Clerk's Office will not review any document for
redaction purposes. Any personal information not otherwise protected will be made

available over the internet via PACER.

* For the complete privacy policy and redaction requirements, see the CM/ECF
Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATIO
N

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel
appearing pro hac vice must file, in each pending case, a notice of change of
mailing address or contact information whenever such a change occurs. If court
notices sent via the U.S. mail are returned as undeliverable TWICE in a case,
notices will no longer be sent to that party until a current mailing address is
provided.

See reverse side

Subject:Activity in Case 1:12-cv-22891-RNS Epuechi v. Bayview Loan
Servicing, LLC et al Notice of Court Practice
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply
.


U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 8/8/2012 2:58 PM EDT and filed
on 8/8/2012


Case Name: Epuechi v. Bayview Loan Servicing, LLC et al
Case Number: 1:12-cv-22891-RNS

Filer:

Document Number: 5


Docket Text:
ORDER Providing Instructions to Pro Se Litigant. Signed by Judge Robert N.
Scola, Jr on 8/8/2012. (mmz)


1:12-cv-22891-RNS Notice has been electronically mailed to:


1:12-cv-22891-RNS Notice has not been delivered electronically to those
listed
below and will be provided by other means. For further assistance, please
contact our Help Desk at 1-888-318-2260.:
Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22891-Civ-SCOLA

DOMITHILLA EPUECHI

　　　　Plaintiff,

vs.

BAYVIEW LOAN SERVICING LLC ET AL.

　　　　Defendants.

_____/

## ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANT

THIS MATTER is before the Court upon an independent review of the record. *Pro se* litigants (*i.e.*, parties not represented by counsel), like all litigants, must comply with the rules of civil procedure and the Court's orders. Accordingly, it is **ORDERED** that Domithilla Epuechi, a *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida.[1] Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants. Some of the requirements of these rules are as follows:

1. Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions, or other documents may be sent directly to the District Judge or Magistrate Judge's chambers.　Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Local Rule 5.1.*[2] The signature block of each pleading must also contain the *pro se* litigant's name, address, and telephone number.

---

[1] The Federal and Local Rules may be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

[2] The sample form for documents filed with the Court may be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22891-Civ-SCOLA

DOMITHILLA EPUECHI

      Plaintiff,

vs.

BAYVIEW LOAN SERVICING LLC ET AL.

      Defendants.

_____/

## ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANT

    THIS MATTER is before the Court upon an independent review of the record. *Pro se* litigants (*i.e.*, parties not represented by counsel), like all litigants, must comply with the rules of civil procedure and the Court's orders. Accordingly, it is **ORDERED** that Domithilla Epuechi, a *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida.[1] Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants. Some of the requirements of these rules are as follows:

    1. Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions, or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

    2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Local Rule 5.1*.[2] The signature block of each pleading must also contain the *pro se* litigant's name, address, and telephone number.

---

[1] The Federal and Local Rules may be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

[2] The sample form for documents filed with the Court may be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

U.S. District Court - Southern District of Florida

Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

------------------------

Case: 1:12-cv-22891-RNS  #6
6 pages.
Thu Aug  9  8:22:53 2012

------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

All filings and attachments must comply with the redaction requirements in Fed.
R. Civ. P. 5.2 & Fed. R. Crim. P. 49.1. Unless specifically exempted by the
rules or by court order, the personal identifiers noted below must be redacted
to show only the following:

Social Security number: last four digits only; taxpayer ID number: last four
digits only; financial account numbers: last four digits only; date of birth:
year only; minor's name:  initials only; home address: city and state only
(for criminal cases only).

It is the sole responsibility of counsel and the parties to ensure the redaction
of personal identifiers.  The Clerk's Office will not review any document for
redaction purposes. Any personal information not otherwise protected will be made

available over the internet via PACER.

* For the complete privacy policy and redaction requirements, see the CM/ECF
Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATIO
N

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel
appearing pro hac vice must file, in each pending case, a notice of change of
mailing address or contact information whenever such a change occurs. If court
notices sent via the U.S. mail are returned as undeliverable TWICE in a case,
notices will no longer be sent to that party until a current mailing address is
provided.

See reverse side

Subject:Activity in Case 1:12-cv-22891-RNS Epuechi v. Bayview Loan Servicing, LLC et al Order
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 8/9/2012 7:57 AM EDT and filed on 8/8/2012

Case Name: Epuechi v. Bayview Loan Servicing, LLC et al
Case Number: 1:12-cv-22891-RNS

Filer:

Document Number: 6

Docket Text:
ORDER Requiring Discovery and Scheduling Conference and ORDER REFERRING CASE
to Magistrate Judge Ted E. Bandstra for Discovery Matters. Signed by Judge Robert N. Scola, Jr on 8/8/2012. (jua)

1:12-cv-22891-RNS Notice has been electronically mailed to:

1:12-cv-22891-RNS Notice has not been delivered electronically to those listed
below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:
Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-22891-Civ-SCOLA

DOMITHILLA EPUECHI

    Plaintiff,

vs.

BAYVIEW LOAN SERVICING LLC ET AL.

    Defendants.

_____/

## ORDER REQUIRING DISCOVERY AND SCHEDULING CONFERENCE AND ORDER REFERRING DISCOVERY MATTERS TO THE MAGISTRATE JUDGE

THIS MATTER is before the Court upon an independent review of the record. It is **ORDERED and ADJUDGED** as follows:

1. The Plaintiff shall forward a copy of this Order to every Defendant immediately upon the filing of a response to the complaint by a Defendant in this case. If this matter has been removed from state court, the removing Defendant shall immediately forward a copy of this Order to every party who has made an appearance in the state court action.

2. Within twenty-one days of the filing of a response to the complaint by a Defendant in this matter, the parties shall meet and confer regarding discovery and scheduling issues, as set out in Federal Rule of Civil Procedure 26(f, and Local Rule 16.1(b). If this case was removed from state court, the parties' discovery and scheduling conference shall occur within twenty-one days of this Order.

3. Within fourteen days of the parties' discovery and scheduling conference, the parties shall file a joint discovery plan and conference report, as set forth in Federal Rule of Civil Procedure 26(f)(3) and Local Rule 16.1(b)(2). The parties should note that Federal Rule of Civil Procedure 26(f)(3)(B) and Local Rule 16.1(b)(C) requires the joint discovery plan and conference report to state the parties' proposed time limit to complete discovery.

4. The parties do not need to submit a joint proposed scheduling order pursuant to Local Rule 16.1(b)(3). Instead, the parties shall inform the Court, in their discovery plan and conference report, which case track they believe this case should be assigned pursuant to Local Rule 16.1(a) and the proposed time limit to complete discovery. In reporting this information,

the parties should refer to the scheduling timelines set forth in Attachments "A" and "B" to this Order. Attachment "A" should be used if the parties believe the case is straight-forward and may benefit from an expedited scheduling track. In most other cases, the standard scheduling track in Attachment "B" should be used. If the parties believe that this case is uniquely complex and requires more time the parties must set out the reasons justifying a more protracted schedule along with a proposed schedule of trial and pretrial deadlines.

5. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are referred to the designated magistrate judge to take all necessary and proper action as required by law.[1]  Any motion affecting the deadlines set by the Court's Scheduling Order is excluded from this referral. In filing discovery motions, the parties shall follow the discovery procedures outlined in paragraph six of this Order.

6. **DISCOVERY MOTION PROCEDURES**: Discovery motions (which must contain the Local Rule 7.1(a)(3) certification of good-faith conference) shall be handled on an expedited briefing schedule and with a shortened page limitation, to prevent delay to the pretrial schedule. Accordingly, the parties shall file responses and replies to discovery motions no later than seven days after a motion, or response, is filed. These deadlines are inclusive of the "mailing" days allotted by the Federal and Local Rules. Any contrary deadlines that may appear on the Court's docket or the attorneys' deadline report, generated by CM/ECF, cannot modify this Order. Any discovery motion and response, including the incorporated memorandum of law, shall not exceed ten pages. Any reply memoranda shall not exceed five pages. Also, the parties should note that Federal Rule of Civil Procedure 29 permits parties to stipulate to extend the time for responding to interrogatories, requests for production, or requests for admissions, unless such extension would interfere with the deadline set for completing discovery, for hearing a motion, or for trial.

**DONE and ORDERED** in chambers, at M

Copies to:
Designated U.S. Magistrate Judge
Counsel of record
Domithilla Epuechi
1019 Clinton Avenue
Irvington, NJ 07111

---

[1]  Magistrate judges are designated as follows: Miami division cases, Judge Ted E. Bandstra; Fort Lauderdale division cases, Judge Lurana Snow; West Palm Beach division cases, Judge James M. Hopkins.

### Attachment "A" to the Order Requiring Discovery and Scheduling Conference

## Example Scheduling Timeline For Expedited Track Cases

| Days After Entry of The Scheduling Order | |
|---|---|
| 28 | Deadline to join additional parties or to amend pleadings. |
| 60 | Deadline to file joint interim status report. |
| | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 120 | Deadline to complete fact discovery. |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| | Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2).  Rebuttal disclosures are permitted, and shall conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| 135 | Deadline for the filing of all dispositive motions. |
| 140 | Deadline to complete mediation. |
| 165 | Deadline to complete all expert discovery. |
| 60 days BEFORE calendar call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 250 (approximate) | Calendar Call. |
| 255 (approximate) | Two-week trial period commences. |

## Attachment "A" to the Order Requiring Discovery and Scheduling Conference

### Example Scheduling Timeline For Expedited Track Cases

| Days After Entry of The Scheduling Order | |
|---|---|
| 28 | Deadline to join additional parties or to amend pleadings. |
| 60 | Deadline to file joint interim status report. |
| | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 120 | Deadline to complete fact discovery. |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| | Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and shall conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| 135 | Deadline for the filing of all dispositive motions. |
| 140 | Deadline to complete mediation. |
| 165 | Deadline to complete all expert discovery. |
| 60 days BEFORE calendar call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 250 (approximate) | Calendar Call. |
| 255 (approximate) | Two-week trial period commences. |

### Attachment "B" to the Order Requiring Discovery and Scheduling Conference

## Example Scheduling Timeline For Standard Track Cases

| Days After Entry of The Scheduling Order | |
|---|---|
| 35 | Deadline to join additional parties or to amend pleadings. |
| 90 | Deadline to file joint interim status report. |
| 180 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 250 | Deadline to complete all fact discovery. |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| | Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and shall conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| 265 | Deadline for the filing of all dispositive motions. |
| 270 | Deadline to complete mediation. |
| 310 | Deadline to complete all expert discovery. |
| 60 days BEFORE calendar call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 375 (approximately) | Calendar Call. |
| 380 (approximately) | Two-week trial period commences. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF    FLORIDA

Domithilla Epuechi

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Bayview Loan Servicing, LLC
Robert Glenn Hall
Mortgage electronic Registration System
Bayview Lending Group, LLC
Fein, Such, Kahn & Shepard, P.C.
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT

Jury Trial: ☒ Yes    ☐ No
(check one)

CASE No.
12-22891-CIV-SCOLA

I.    Parties in this complaint:

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name _____ Domithilla Epuechi

            Street Address _____ 1019 Clinton Avenue

            County, City _____ Essex, Irvington

            State & Zip Code _____ New Jersey 07111

            Telephone Number ___ 973-517-6144

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1        Name _____ see next page

            Street Address _____

*Rev. 05/2010*

| | | |
|---|---|---|
| Defendant No. 1 | Name | 1A) BAYVIEW LOAN SERVICING, LLC<br>1B) BAYVIEW LENDING GROUP, LLC<br>1C) BAYVIEW FINANCIAL TRADING GROUP, L.P.<br>1D) BAYVIEW FINANCIAL, L.P. |
| | Street Address | 4425 PONCE DE LEON 5th Floor |
| | County, City | CORAL GABLES , MIAMI DADE |
| | State & Zip Code | FLORIDA 33146 |
| | Telephone Number | 1-800-457-5105 |
| Defendant No. 2 | Name | MORTGAGE ELECTRONIC REGISTRATION SYSTEM |
| | Street Address | P.O. BOX 2026 / 1818 LIBRARY STREET Ste 300 |
| | County, City | FLINT / RESTON - FAIRFAX |
| | State & Zip Code | MICHIGAN / VIRGINIA 20191 |
| | Telephone Number | 1-800-646-6377 |
| Defendant No. 3 | Name | ROBERT GLEN HALL |
| | Street Address | 9780 SW 85 th STREET |
| | County, City | MIAMI , DADE |
| | State & Zip Code | FLORIDA 33173 |
| | Telephone Number | 1-800-457-5105 |
| Defendant No. 4 | Name | FEIN, SUCH, KAHN & SHEPARD, P.C. |
| | Street Address | 7 CENTURY DRIVE SUITE 201 |
| | County, City | PARSIPPANY, ESSEX |
| | State & Zip Code | NEW JERSEY 07054 |
| | Telephone Number | 973-538-4700 |

II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  TILA, RESPA, RICO ACT, Clauses of the 5th and Fourtheenth Amendments of the U.S. Constitution

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  of New Jersey
Defendant(s) state(s) of citizenship of Florida, Virginia and New Jersey

III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  In Miami, Dade County, where the fraudulent robo signed assignment document was executed, using this documents in New Jersey Courts for illegally foreclose on homes, with the knowledge

B.    What date and approximate time did the events giving rise to your claim(s) occur? that New Jersey application changed in regard to foreclosure, limiting a defense for borrowers.

B.  Assignment document executed or allegedly executed on 4/19/10 and from December 2011 to the present in which courts, counsel, servicer do not want to reopen or correct the defective paperwork.

C.    Facts:  I Domithilla Epuchi executed a mortgage and note on the 29th of September 2006 in favor of Popular Financial Services, LLC . Years later on 4/19/2010 it was executed by a ROBO SIGNER FF Robert Glenn Hall an assignment in the name of Mortgage Electronic Registration System (MERS) in favor of BAYVIEW LOAN SERVICING, LLC . I came to the knowledge only now, or at the begin of this year that Mr Hall is a known Robo Signer for the banking industry and foreclosure law firms. The signature of the assignment document does not look like Mr Halls signature, further he is employed for Bayview Loan Servicing LLC and plaintiff in the foreclosure action, which is in dispute, therefore it is even a conflict of interest present to sign for himself or its employer to sign assets over, which Mr Hall did he transfered the note as well as the mortgage, knowing this facts too late because plaintiff had afeady enjoined a judgment it make it the situation more difficult, all defendants knew, that Bayview Loan Servicing, LLC with help of its attorneys did not want to discuss the fact of Robo Signing, and the MERS issue, further, plaintiff, counsel, with help of the New Jersey Judiciary prevented due process for citizen sy prejudge a case in appellate division and now already in New Jersey  Supreme Court without appellants paying any fees, further Epuechi has until July 19, 2012 to file a brief.

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. In regard to the Robo Signer issue and MERS issue Plaintiff suffered psychological distress for this issues, also for the fact that I was tricked into loosing the home. Knowing now that this servicer and its affiliates committed a crime I request damages in the amount of 2,000,000.00  Dollars.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I request monetary damages for the robo-signing and MERS issues in the amount of $ 2,000,000 Dollars or a clear Title for the property located and in question at 1019 Clinton Avenue Irvington NJ 07111.

Further for the fact that "due" process was violated in my matter, I request that all the cases being transferred to this Court for further actions.

New Jersey Courts were "bias" and violated "due" process in my matter, therefore I must have a independent neutral Court to decide my case.

I ask additionally from this Court after filing a OSC (Order to Show Cause) to receive a STAY for the Sheriff Sales which is scheduled and postponed multiple times, latest by the U.S. Bankruptcy Court, Newark NJ District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of August , 20 12 .

| | |
|---|---|
| Signature of Plaintiff | Domithilia Epuechi |
| Mailing Address | 1019 Clinton Avenue |
| | Irvington NJ 07111 |
| Telephone Number | 973-517-6144 |
| Fax Number *(if you have one)* | 973-733-9838 |

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number   _____

*Rev. 05/2010*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Domithila Epuechi
1019 CLINTON AV.
IRVINGTON NT 07111

UNCHANGED

NOTICE OF CHANGE OF MAILING ADRESS

SSI # 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

DOB # 10-23-66

TID #

FA' #

AUGUST 2, 2012

DOMITHILLA EPUECHI



Record and Return to:
Fortune Title Agency Inc
39 Woodland Road
Roseland, NJ 07068

WHEN RECORDED MAIL TO:                                    BV LOAN NO: 200049344
Bayview Financial Trading Group, L.P.
Attn: Jennifer McGovern
4425 Ponce De Leon , 5th Floor
Coral Gables, Florida  33146                              LOAN AMOUNT: $195,000.00

## Assignment of Mortgage

FOR VALUE RECEIVED, the undersigned as ("ASSIGNOR/GRANTOR"), hereby grants, conveys, assigns to

Bayview Loan Servicing, LLC a Delaware limited liability company
4425 Ponce de Leon Blvd., Coral Gables, FL 33146

("Assignee/Grantee") all beneficial interest under that certain Mortgage dated: 9/19/2006 and executed by:
DOMITHILLA EFUECHI, as borrower(s) to: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC, mortgagee acting solely as nominee for Popular Financial Services, LLC, as Original Lender and certain
Mortgage recorded in 9079877 Volume 12217, at Page 4266, recorded on 09/16/2009, in the Official Records of
ESSEX COUNTY, State of NJ, covering the following described property:
1019 CLINTON AVENUE, IRVINGTON, NJ 07111

Together with the note or notes therein described or referred to, the money due and to become due thereon with
interest, and all rights accrued or to accrue under said Document.

Dated: 04/19/2010

ASSIGNOR: MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. as nominee for
Popular Financial Services, LLC
P.O. Box 2026, Flint, MI 43501-2026

By: _____
ROBERT G. HALL, Assistant Secretary


STATE OF FLORIDA              )
                              ) SS
COUNTY OF MIAMI-DADE          )

I CERTIFY THAT ON,  04/19/2010, ROBERT G. HALL, Assistant Secretary, personally came before me and
stated to my satisfaction that this person (or if more than one, each person):
(a)  was the maker of the attached instrument;
(b)  was authorized to and did execute this instrument as ROBERT G. HALL, Assistant Secretary, of
     MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for Popular Financial
     Services, LLC The entity named in this instrument; and
(c)  executed this instrument as the act of the entity named in this instrument.

WITNESS my hand and official seal

By: _____
Notary Public: Rogelio A. Portal
My commission Expires:  08/18/2012


Prepared By: Rogelio A. Portal
Bayview Financial L.P.
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, Florida  33146

Inst# 10035464 BK# 12253 PG# 7099

4/7/2010                           THE MERS ASSIGNMENT GAME: SEVER...

al., Case No. 08-20577-TLM (opinion of Hon. Terry L. Myers, Chief U.S. Bankruptcy Judge, July 9, 2009), Chief Federal Bankruptcy Judge Myers analyzed the decisional law as to MERS' purported standing to assign the Note where MERS was nothing more than the "nominal beneficiary" under the Deed of Trust. The Court concluded that even if MERS is granted authority to foreclose if required by "custom or law" (as set forth in the Deed of Trust), this language does not, either expressly or by implication, authorize MERS to transfer promissory notes.

The Court cited to the cases of Saxon Mortgage Services v. Hillery, 2008 WL 5170180 (N.D. Cal., Dec. 9, 2008) and Bellistri v. Ocwen Loan Servicing, LLC, 2009 WL 531057 (Mo. Ct. App. March 3, 2009) as being in accord, holding that MERS presents no evidence as to who owns the note or of any authorization to act on behalf of the present owner of the note. Both cases were effectively dismissed (Hillery by outright dismissal; Bellistri by summary judgment), finding that there was no standing as there was no authority for the MERS assignment of the note. The Wilhelm Court quoted the pertinent portion of the Bellistri opinion:

   "The record reflects that BNC was the holder of the promissory note. There is no evidence in the record or the pleadings that MERS held the promissory note or that BNC gave MERS the authority to transfer the promissory note. MERS could not transfer the promissory note; therefore the language in the assignment of the deed of trust purporting to transfer [the] promissory note is ineffective."

The Wilhelm court thus held that the various movants, who claimed to be "secured creditors" by virtue of MERS assignments, could not rely on the MERS assignments to establish an interest in the notes and that because they thus could not prove ownership in and possession of the notes, they were not the real party in interest and lacked standing to seek relief from the automatic stay.

This critical and distinct legal issue is paramount in any foreclosure defense in a case where the foreclosing party attempts to rely on a MERS assignment. The rule of law is clear: as the note does not provide MERS with any authority of any kind, MERS, notwithstanding its claimed status as "nominee" under the Mortgage or Deed of Trust or assignment, CANNOT transfer the Note as it has no legal authority to do so, and thus any party seeking to foreclose based on a MERS assignment is seeking to do so without proper legal standing as it is not the real party in interest as to the Note (and as the foreclosing party must be in actual possession and ownership of both the Note and the Mortgage/Deed of Trust in order to be legally entitled to seek foreclosure).

More and more courts throughout the United States are understanding this issue and are issuing opinions striking down MERS assignments. Hopefully those who still cling to the myth that a MERS assignment of mortgage also transfers the Note will read these well-written and thought-out decisions and realize what the law actually is.

Jeff Barnes, Esq. www.ForeclosureDefenseNationwide.com

No COMMENT

GREENWALD JACKIE
GUERRERO IRENE
HALL ROBERT G.
HALYARD MICHELLE
HANLON CRAIG
HANNA MICHAEL
HARMAN SELENA
HARMON ANDREW
HARP KORELL
HEISEL DANA
HENRICKSON CHUCK
HERNDON BARRETT
HERTZER RENEE
HERZOG LANCIA
HESCOTT LAURA
HESSLER WAYNE
HICKERSON ANISSA
HINDMAIN BARBARA
HINES JONATHAN
HIRSCHFIELD NANCY E.
HIVELY MELISSA
HOOD BETHANY
HUANG CHRISTINA
HULL DONA
HUND JOHN
HUNTER ROSE
HUTCHISON CHERYL
ISAACS MARSHALL
IVEY CHRIS
JACKSON KEVIN
JOHNSON ERICA A.
JOHNSON HEATHER
JOHNSON-SECK ERICA A.
JONES CHRISTOPHER
JONES TINA
JUSTICE MELONEE
KAMINSKI JOSEPH
KEMP KRISTEN
KENNERTY HERMAN JOHN
KENNERTY JOHN
KENNERTY JOHN HERMAN
KERR JOHN
KINGSTON PAT
KIRCHNER BAILEY
KIRKLAND TIFFANY
KIRKPATRICK DENNIS
KIST MARY
KNISLEY NICOLE
KNOWLES RITA
KNOX CECELIA
KOCH BILL

## McDonnell Property Analytics Approved Robo-signers List

| LAST NAME | FIRST NAME | LAST NAME | FIRST NAME |
|---|---|---|---|
| GILLAND | SHAR | KERR | JOHN |
| GONZALES | EILEEN | KINGSTON | PAT |
| GORLEWSKI | CATHERINE M. | KIRCHNER | BAILEY |
| GRAY | TINA | KIRKLAND | TIFFANY |
| GREEN | LINDA | KIRKPATRICK | DENNIS |
| GREEN | MICHELLE | KIST | MARY |
| GREENE | ALFONZO | KNISLEY | NICOLE |
| GREENE | MICHELLE | KNOWLES | RITA |
| GREENWALD | JACKIE | KNOX | CECELIA |
| GUERRERO | IRENE | KOCH | BILL |
| HALL | ROBERT G. | KOWAL | VICTORIA |
| HALYARD | MICHELLE | KRAKOVIAK | KIM |
| HANLON | CRAIG | KUSICH | BRYAN |
| HANNA | MICHAEL | LADE | JOSHUA |
| HARMAN | SELENA | LAIRD | PAUL |
| HARMON | ANDREW | LANDERS | VANESSA |
| HARP | KORELL | LANG | LUCY |
| HEISEL | DANA | LAWRENCE | JOEL |
| HENRICKSON | CHUCK | LAYTON | DERICK |
| HERNDON | BARRETT | LEE | PATRICIA |
| HERTZER | RENEE | LEETE | JESSICA |
| HERZOG | LANCIA | LENAIR | TOCCOA |
| HESCOTT | LAURA | LEONARD | SHEILA |
| HESSLER | WAYNE | LINDHORST | SUSAN |
| HICKERSON | ANISSA | LITTLE | KRISTI A. |
| HINDMAIN | BARBARA | LOVE | TOPAKO |
| HINES | JONATHAN | LUCAS | PATRICIA |
| HIRSCHFIELD | NANCY E. | LYNCH | MARY |
| HIVELY | MELISSA | MADEJA | NANCY |
| HOOD | BETHANY | MANNING | SHANNON |
| HOPKINS | TONYA | MARTINEZ | KIM |
| HUANG | CHRISTINA | MATHIS | ELIZABETH |
| HULL | DONA | MCGOWAN | MARY JO |
| HUND | JOHN | MCKINNON | ELSA |
| HUNTER | ROSE | MCKINZEY | BRENDA |
| HUTCHISON | CHERYL | MEDINA | MONICA |
| ISAACS | MARSHALL | MEHARG | RON |
| IVEY | CHRIS | MICHIE | M. KELLY |
| JACKSON | KEVIN | MILLER | ISHARITA |
| JOHNSON | ERICA A. | MISKELL | MEGAN |
| JOHNSON | HEATHER | MOONAN | DEBBIE |
| JOHNSON-SECK | ERICA A. | MOORE | CRYSTAL |
| JONES | CHRISTOPHER | MORALES | NOEMI |
| JONES | TINA | MORGAN | LILIANA |
| JUSTICE | MELONEE | MORGAN | COURTNEY |
| KAMINSKI | JOSEPH | MORRIS | JAMES |
| KEMP | KRISTEN | MOJA | SHOUA |
| KENNERTY | HERMAN JOHN | MURAY | SUCHAN |
| KENNERTY | JOHN | NADEAU | MICHAEL |
| KENNERTY | JOHN HERMAN | NELSON | JOYCE |

Updated: 1/25/2012



**Our Motto: HOW MAY WE HELP YOU?** ➜ Click Here to return to SalemDeeds

This is a list of potential robosigner names that have been identified by McDonnell Property Analytics to date in our Registry:



- LINDA GREEN
- CRYSTAL MOORE
- DOCX
- BRYAN BLY
- MARY MCGOWAN"
- ELSA MCKINNON
- KIMBERLY PORTER
- LINDA BURTON
- FRANCIS NOLAN
- KEITH SEIDEL
- ANDREW HARMON
- CHRISTIE BALDWIN
- MELISSA HIVELY
- IRENE GUERRERO
- MICHAEL NADEAU
- BRENT BAGLEY
- SCOTT ANDERSON
- BETH COTTRELL
- ROBERT G. HALL
- PAT KINGSTON
- RITA KNOWLES
- LINDA THORESEN
- MURIEL ADAMS
- TAMARA PRICE
- J. COOK
- CHRISTOPHER JONES
- DAVID CO
- VILMA CASTRO
- DORIS CHAPMAN
- MARSHALL ISAACS
- ALLISON WEST-DALTON
- BEVERLY BROOKS
- JEFFREY STEPHAN
- SANDRA WILLIAMS
- BILL KOCH
- ELENA PETERSON
- JOANN REIN
- DARLINE DIETZ
- WHITNEY COOK
- KIMBERLY DAWSON
- CHINA BROWN
- D. M. WILEMAN
- JESSICA LEETE
- NORIKO COLSTON
- TONYA BLECHINGER
- THEODORE SCHULTZ
- MARGARET DALTON
- JESSICA OHDE
- DAVID PEREZ
- JOYCE NELSON
- NOEMI MORALES

www.sunbiz.org - Department of State

http://sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc_number...

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

Previous on List    Next on List    Return To List

No Events        No Name History

## Detail by Officer/Registered Agent Name

## Florida Profit Corporation

NET OPTIONS, INC.

## Filing Information

Document Number    P98000032579
FEI/EIN Number     650830032
Date Filed         04/08/1998
State              FL
Status             ACTIVE

## Principal Address

7353 SW 26TH
FORT LAUDERDALE FL 33314 US

Changed 03/19/2004

## Mailing Address

3389 SHERIDAN ST
#291
HOLLYWOOD FL 33021

Changed 05/16/2001

## Registered Agent Name & Address

HALL, ROBERT G
7353 SW 26TH CT
DAVIE FL 33314

Address Changed: 03/19/2004

## Officer/Director Detail

Name & Address

Title P

HALL, ROBERT G
7353 SW 26TH CT
DAVIE FL 33314

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2009        | 04/16/2009 |
| 2010        | 03/29/2010 |
| 2011        | 02/21/2011 |

www.sunbiz.org - Department of State

Page 1 of 3



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

Previous on List    Next on List    Return To List

Events    No Name History

Entity Nam

Sul

# Detail by Entity Name

## Foreign Limited Liability Company

BAYVIEW LOAN SERVICING, LLC

## Filing Information

| | |
|---|---|
| Document Number | M03000003142 |
| FEI/EIN Number | 030527286 |
| Date Filed | 09/23/2003 |
| State | DE |
| Status | ACTIVE |
| Last Event | LC AMENDMENT |
| Event Date Filed | 12/30/2009 |
| Event Effective Date | NONE |

## Principal Address

4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

## Mailing Address

4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

## Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Name Changed: 11/20/2008

Address Changed: 11/20/2008

*= MERS*
*=CT CORP SYSTEM*

## Manager/Member Detail

Name & Address

Title MGR

ERTEL, DAVID
4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

Title P

NAME:      Bayview Loan Servicing, LLC
DOCUMENT NO.      M03000003142

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Glassman, Mark | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Florence, Madelin | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Hall, Robert | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, Florida 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Snyder, Joann | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Coro, Marilyn | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Hodapp, Robert | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Lofton, Cheryl | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Piedra, Glysette | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Aronovitz, Ross | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

| TITLE | VP | ☒ Addition |
|---|---|---|
| NAME | Sovie, Wanda | |
| STREET ADDRESS | 4425 Ponce de Leon Blvd., 4th Floor | |
| CITY-ST-ZIP | Coral Gables, FL 33146 | |

Jan. 12. 2012 10:20AM

No. 0142   P. 5/15

ORIGINAL

 ADJUSTABLE RATE NOTE

(LIBOR Index - Rate Caps)

MIN 1000466-0000844349-2

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

September 29, 2006                    PISCATAWAY                     NJ
[Date]                               [City]                        [State]

1019 CLINTON AVENUE, IRVINGTON, NJ 07111
[Property Address]

**1. BORROWER'S PROMISE TO PAY**

In return for a loan that I have received, I promise to pay U.S. $ 195,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Popular Financial Services, LLC

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2. INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 9.1500 %. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

**3. PAYMENTS**

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the first day of each month beginning on November 1, 2006
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on October 1, 2036 I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 301 Lippincott Drive, Marlton, NJ 08053

or at a different place if required by the Note Holder.

(B) Amount of My Initial Monthly Payments

Each of my initial monthly payments will be in the amount of U.S. $ 1,590.11   This amount may change.

(C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

00844349

MULTISTATE ADJUSTABLE RATE NOTE - LIBOR INDEX - Single Family - Freddie Mac MODIFIED INSTRUMENT

Page 1 of 4

Initials

3996-1435
000882  1311 bone Last 7/2008)
LIBO-INT NOTE MULTI STATE

Return To:

Prepared By:
Katy Alvarado
301 Lippincott Drive
Marlton, NJ 08053

[Space Above This Line For Recording Data]

# MORTGAGE

MIN 1

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated     September 29, 2006
together with all Riders to this document.
(B) "Borrower" is DOMITHILLA EPUECHI

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

00844349

NEW JERSEY - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3031 1/01

Jan. 12. 2012 10:22AM                                              No. 0142   P. 12/15

(D) "Lender" is Popular Financial Services. LLC

Lender is a Limited Liability Company
organized and existing under the laws of                    Delaware
Lender's address is 301 Lippincott Drive. Marlton, NJ 08053

(E) "Note" means the promissory note signed by borrower and dated     September 29, 2006
The Note states that Borrower owes Lender One Hundred Ninety Five Thousand and
no/100
(U.S. $195,000.00      ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than    October 1, 2036
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower (check box as applicable):

[ ] Adjustable Rate Rider      [ ] Condominium Rider          [ ] Second Home Rider
[ ] Balloon Rider              [ ] Planned Unit Development Rider  [ ] 1-4 Family Rider
[ ] VA Rider                   [ ] Biweekly Payment Rider      [X] Other(s) [specify]
                                                               NJ ASSIGNMENT OF RENTS

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its
implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to
time, or any additional or successor legislation or regulation that governs the same subject matter. As used
in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard
to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage
loan" under RESPA.

(Q) "Borrower in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For these purposes, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS the following described property located in the

COUNTY                              of                    ESSEX
[Type of Recording Jurisdiction]        [Name of Recording Jurisdiction]

ATTACHED LEGAL DESCRIPTION

Property Account Number:                       which currently has the address of
1019 CLINTON AVENUE
IRVINGTON                                [City], New Jersey    07111   [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

Advanced Background for Robert Hall

My Home | My Records | My Account Settings | Customer Service | Logout
Welcome ROSARIO ZOIN

**USSEARCH**    People Search    Reverse Phone Lookup    Email Search    Social Network Search    Property Records    Criminal Records    Background Check

# Advanced Background for Robert Hall

Your report for Robert Hall contains:

| Full Name & Aliases | Properties Search | Bankruptcy | Marriage & Divorce |
| Age | Possible Neighbors | Liens & Judgments | Death Records |
| Contact Information | Possible Associates | Water Craft Search | Criminal Search |
| Address History | Possible Relatives | FAA Aircraft Search | |

### ☒ Robert Hall, 42

Search ID# 82835675

Report Date: March 03, 2012

Robert T Hall, 42
Robert Hall, 42
Bob Glen Hall, 42
Robert G Robert Glen, 42
Glen Hall Robert, 42
Robert G Hall, 42
Robert Glen Hall, 42
R Hall, 42
Bob G Hall, 42

*Print Report*

*Clear All*

Add more details to your report

*Run Another Advanced Background Report*

**Nationwide Criminal Search**
Find if there are criminal records for this person (available in 42 states)

Add to Report

## CONTACT INFORMATION

Results in this section list publically available phone numbers for, or related to, Robert Hall. Sometimes phone numbers are registered to another member of a household such as a spouse or a roommate. Results include "Related" phone contacts for the individual if available. In the event of no direct listing or phone number for the individual, you may be able to contact him/her through the alternative contacts.

Results for Robert Hall

Robert Hall
11767 Sw 185th Ter
Miami FL 33177
(305) 230-0664

Other contacts at this address:

Robert Hall
9776 Sw 92nd Ter
Miami FL 33176
(305) 412-3777

Robert Hall
3631 Franklin Ave
Miami FL 33133
(305) 447-5177

Robert Hall
9780 Sw 86th St
Miami FL 33173
(305) 596-7360

Robert Hall
20270 Ne 3rd Ct
Miami FL 33179
(305) 651-5368

**Social Network Search**
Search for profiles & other information across the most popular social networks, including:

Add to Report

**Email Address**
Find email addresses associated with this person

Add to Report

**Email Results**
Send a copy of the results to my email

Add to Report

**Professional Licenses**
Find professional license records for this person

Add to Report

Advanced Background for Robert Hal.

Page 2 of 15

Robert Hall
2401 Nw 98th St
Miami FL 33147
(305) 693-8665

Related contacts for Robert Hall:

Brian Hall
213 West Blvd
Sebring FL 33870
(863) 386-0418

More savings just for you

Reverse Phone 3 Multi-Pak
Save on your Reverse Phone Lookups
(must use within 30 days)

Add to Cart

Reverse Phone 5 Multi-Pak
Buy 4 Get 1 Free! Save on your next
Reverse Phone Lookups (must use within
30 days)

BACK TO TOP

Add to Cart

## ADDRESS HISTORY (13 addresses associated with Robert Hall)

This section lists historical addresses associated with an individual from public records. In most cases
the current address is the first or second reported address, however occasionally it appears elsewhere
in the list.



Save Over $100 on Your Searches
Each month you will get 6 searches:

2 Reverse Phone Searches
3 Advanced People Searches
1 Advanced Background Report

Get Started

Self Background Check
Run an Advanced Background report on
yourself to know what others are seeing.

Get Started

People Search 4 Multi-Pak
Buy 3 Get 2 Free and save on your next
People Search. Must be used in 30 days.

Get Started

| | Address | Phone Number | Name on Phone |
|---|---|---|---|
| 1 | 2866 Bayshore Dr Apt 206<br>Miami, FL 33133 | | |
| 2 | 9780 86th St<br>Miami, FL 33173 | (513) 885-7810 | |
| 3 | 9216 Aloysia Ln<br>Charlotte, NC 28269 | (305) 306-2065 | |
| 4 | 10632 Pickerel Ln<br>Charlotte, NC 28213 | (305) 305-2065 | |
| 5 | 7824 Dolonite Dr<br>Tampa, FL 33655 | 8657810 | |
| 6 | 3411 Belle Shadow Ln<br>Tampa, FL 33624 | | |
| 7 | 4747 Waters Ave Apt 3805<br>Tampa, FL 33614 | | |

Advanced Background for Robert Hall!

5   Record Details
    Location        Volusia, Florida
    Filing Number   046189
    Filing Date
    Groom           Robert John Hall
    Bride           Nancy Ann Flanigan

6   Record Details
    Location        Osceola, Florida
    Filing Number   001596
    Filing Date
    Groom           Robert Thomas Hall
    Bride           Carol Ann Keevan

7   Record Details
    Location        Clay, Florida
    Filing Number   000199
    Filing Date
    Groom           Robert Wayne Hall
    Bride           Jazelle Yvonne Leysler

8   Record Details
    Location        Pasco, Florida
    Filing Number   066416
    Filing Date
    Groom           Robert Clarence Hall
    Bride           Miyuki Nakadoi

9   Record Details
    Location        Hillsborough, Florida
    Filing Number   066440
    Filing Date
    Groom           Robert David Hall
    Bride           Tanya Bea Skuczkas

10  Record Details
    Location        Orange, Florida
    Filing Number   051377
    Filing Date
    Groom           Robert James Hall
    Bride           Angela Yvonne Sulyok

11  Record Details
    Location        Polk, Florida
    Filing Number   040972
    Filing Date
    Groom           Robert Glenn Hall
    Bride           Alicia Marie Everett

12  Record Details
    Location        Palm Beach, Florida
    Filing Number   012735
    Filing Date
    Groom           Robert Frederick Hall
    Bride           Margaret Rita Thurrott

13  Record Details
    Location        Miami-dade, Florida
    Filing Number   127661
    Filing Date
    Groom           Robert Lee Hall
    Bride           Chaneice Dyvone Tilley

14  Record Details
    Location        Volusia, Florida
    Filing Number   113313

Garr rsvice, OH 44231

| Name | Age | Birth Date | Address / Phone | Previous Cities |
|---|---|---|---|---|
| | | | Address 1:<br>1315 Turner St<br>League City, TX 77573<br>(281) 332-9732 | |
| **Robert Gordon Hall**<br>RELATIVES:<br>Harriet Brown Hall<br>Barbara Lynn Hall<br>William Walter Hall<br>Howard O Hall<br>Lauren Renea Hall | 64 | Sep 18th, 1957 | Address 2:<br>250 River Ranch Cv<br>Martindale, TX 78655<br>(281) 332-1408<br><br>Address 3:<br>6202 Lewis Ln<br>Rosharon, TX 77583<br>(281) 332-9732 | League City, TX (2)<br>Martindale, TX (1)<br>Rosharon, TX (2)<br>Houston, TX (2)<br>Seabrook, TX (2)<br><br>See All Addresses | More Info |
| **Robert G Hall**<br>RELATIVES:<br>Constance Marie Hall<br>Chlouita L Hall<br>Lorrie A Hall<br>Linda Hall<br>Sheri Hall | 62 | Apr 18th, 1943 | Address 1:<br>1306 Franklin St<br>Albion, MI 49224<br>(517) 830-4901<br><br>Address 2:<br>3814 Michael Ave SW<br>Wyoming, MI 49509<br>(616) 970-2922<br><br>Address 3:<br>1002 36th St SW<br>Wyoming, MI 49509<br>(616) 261-5516 | Albion, MI (3)<br>Wyoming, MI (3)<br>Grand Rapids, MI (1)<br>White Cloud, MI (1)<br>Fremont, MI (1)<br><br>See All Addresses | More Info |
| **Robert G Hall**<br>RELATIVES:<br>Dawanna Hall<br>Nichole T Hall<br>Kenneth A Hall<br>Barbara Jewel Hall<br>Gerald Clyde Hall | 63 | Mar 4th, 1938 | Address 1:<br>Porterville, CA 93257<br>(559) 782-0509<br><br>Address 2:<br>2682 Meadow Crest Ct<br>San Pablo, CA 94806<br>(510) 774-1347<br><br>Address 3:<br>6866 Snowdon Ave<br>El Cerrito, CA 94530<br>(510) 774-1347 | Porterville, CA (2)<br>San Pablo, CA (2)<br>El Cerrito, CA (1)<br>Albany, CA (1)<br>Antioch, CA (1)<br><br>See All Addresses | More Info |
| **Robert Gregory Hall**<br>RELATIVES:<br>Elizabeth Marie Hall<br>Deborah Kearns Hall<br>Jeffrey Wayne Hall<br>Rhonda M Hall<br>George J Hall | 64 | Jun 5th, 1959 | Address 1:<br>501 E Warren St<br>Lebanon, OH 45036<br>(513) 289-5125<br><br>Address 2:<br>4295 S Garnett Rd<br>Tulsa, OK 74146<br><br>Address 3:<br>8109 E 93rd St<br>Tulsa, OK 74133 | Lebanon, OH (6)<br>Tulsa, OK (2)<br>Columbia, NC (2)<br>Charlotte, NC (1)<br>Cincinnati, OH (2)<br><br>See All Addresses | More Info |
| **Robert Glen Hall**<br>RELATIVES:<br>Dorothy G Hall<br>Leonora B Hall<br>Gregory Leon Hall<br>Bernice L Hall<br>Junida W Hall | 63 | Oct 8th, 1968 | Address 1:<br>9780 SW 85th St<br>Miami, FL 33173<br>(305) 596-7360<br><br>Address 2:<br>7301 Bridge View Cir<br>Tampa, FL 33634<br><br>Address 3:<br>7624 Dolorosa Dr | Miami, FL (2)<br>Tampa, FL (6)<br>Longwood, FL (1)<br>Sebring, FL (1)<br>Charlotte, NC (2)<br><br>See All Addresses | More Info |

3/5/2012 1:33 PM

Search Results - Checkmate

http://www.instantcheckmate.com/results/?page=4

| Name | | Age | City and State | YOB | Phone | Address | Est Income |
|------|---|-----|----------------|-----|-------|---------|------------|
| Robert W. Hall SEE CRIMINAL REPORT > | | 42 | Bradenton, FL | 1970 | N/A | 313 57th Avenue Dr E Apt D | |
| Robert W. Hall SEE CRIMINAL REPORT > | | 42 | Bradenton, FL | 1970 | N/A | 5428 2nd St W | |
| Robert W. Hall SEE CRIMINAL REPORT > | | 42 | Sarasota, FL | 1970 | N/A | 3129 Baldwin Ave | |
| Robert L. Hall SEE CRIMINAL REPORT > | | 42 | Middleburg, FL | 1970 | N/A | 2620 Indigo Ave | |
| Robert L. Hall SEE CRIMINAL REPORT > | | 42 | Middleburg, FL | 1970 | N/A | Po Box 111 | |
| Robert W. Hall SEE CRIMINAL REPORT > | | 42 | Orlando, FL | 1969 | N/A | 1304 N Powers Dr | |
| Robert W. Hall SEE CRIMINAL REPORT > | | 42 | Orlando, FL | 1969 | N/A | 7714 Lady Frances Way | |
| Robert C. Hall SEE CRIMINAL REPORT > | | 42 | Saint Augustine, FL | 1969 | (904) 823-xxxx | 4 Ocean Trace Rd Unit 3 | |
| Robert C. Hall SEE CRIMINAL REPORT > | | 42 | Saint Augustine, FL | 1969 | (904) 797-xxxx | 3929 Oak Terrace Rd | |
| Robert G. Hall SEE CRIMINAL REPORT > | | 42 | Miami, FL | 1969 | (305) 596-xxxx | 9780 Sw 85th St | |
| Robert G. Hall SEE CRIMINAL REPORT > | | 42 | Tampa, FL | 1969 | N/A | 7301 Bridge View Cir Apt 104 | |
| Robert G. Hall SEE CRIMINAL REPORT > | | 42 | Tampa, FL | 1969 | N/A | 7624 Dolonita Dr | |
| Robert W. Hall SEE CRIMINAL REPORT > | | 42 | Navarre, FL | 1969 | N/A | 8508 Sand Pine Dr | |
| Robert J. Hall SEE CRIMINAL REPORT > | | 42 | Hobe Sound, FL | 1969 | N/A | 405 Willet Ave | |
| Robert J. Hall SEE CRIMINAL REPORT > | | 42 | Hobe Sound, FL | 1969 | N/A | Po Box | |
| Robert J. Hall SEE CRIMINAL REPORT > | | 42 | Hobe Sound, FL | 1969 | N/A | 9366 Se Parkway Dr | |
| Robert J. Hall SEE CRIMINAL REPORT > | | 42 | Jupiter, FL | 1969 | (561) 743-xxxx | 405 Willet Ave | |

3/5/2012 12:19 PM

www.sunbiz.org • Department of State                    http://sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc_numbe...



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

Previous on List     Next on List     Return To List

Events          No Name History

Detail by Entity Name

Foreign Limited Liability Company

BAYVIEW LOAN SERVICING, LLC

Filing Information

Document Number      M03000003142
FEI/EIN Number       030527286
Date Filed           09/23/2003
State                DE
Status               ACTIVE
Last Event           LC AMENDMENT
Event Date Filed     12/30/2009
Event Effective Date NONE

Principal Address

4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

Mailing Address

4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Name Changed: 11/20/2008

Address Changed: 11/20/2008

Manager/Member Detail

Name & Address

Title MGR

ERTEL, DAVID
4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

Title P

O'BRIEN, RICHARD
4425 PONCE DE LEON BLVD., 4TH FLOOR
CORAL GABLES FL 33146

*AS IN NEW YORK* (handwritten)

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 18, 2012.

Selected Entity Name: BAYVIEW LOAN SERVICING LLC
Selected Entity Status Information
Current Entity Name: BAYVIEW LOAN SERVICING LLC
DOS ID #:            2975968
Initial DOS Filing Date: NOVEMBER 12, 2003
County:             NEW YORK
Jurisdiction:       DELAWARE
Entity Type:        FOREIGN LIMITED LIABILITY COMPANY
Current Entity Status: ACTIVE

Selected Entity Address Information
DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011
                              Registered Agent
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not require or maintain information
regarding the names and addresses of members or
managers of nonprofessional limited liability
companies. Professional limited liability companies
must include the name(s) and address(es) of the
original members, however this information is not
recorded and only available by viewing the
certificate.

*Stock Information

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 18, 2012.

Selected Entity Name: BAYVIEW LENDING GROUP LLC
Selected Entity Status Information

Current Entity Name: BAYVIEW LENDING GROUP LLC
DOS ID #: 3434514
Initial DOS Filing Date: NOVEMBER 08, 2006
County: NEW YORK
Jurisdiction: DELAWARE
Entity Type: FOREIGN LIMITED LIABILITY COMPANY
Current Entity Status: ACTIVE

Selected Entity Address Information

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

C T CORPORATION SYSTEM     Registered Agent
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not require or maintain information
regarding the names and addresses of members or
managers of nonprofessional limited liability
companies. Professional limited liability companies
must include the name(s) and address(es) of the
original members, however this information is not
recorded and only available by viewing the
certificate.

"Stock Information

Daily Kos: Terrified faces at robo-signer Foreclosure Mill Fein Such Kahn & Shepard pt.1     Page 1 of 4



Log in | Sign Up | Join the Action Alert list | Help

PEOPLE   GROUPS   DIARIES   TAGS   LABOR   COMICS   ELECTIONS                    Search          GO

 FraudFixer    Follow    RSS
*Daily Kos member*
Profile   Diaries (list)   Stream

Subscribe or Donate to support Daily Kos

TUE DEC 13, 2011 AT 05:51 AM PST

## Terrified faces at robo-signer Foreclosure Mill Fein Such Kahn & Shepard pt.1

FraudFixer

Share  2      Tweet  0       Like   2

PERMALINK          16 COMMENTS



DIARY RECOMMENDED BY

RECOMMENDED BY FRAUDFIXER

No current results.

FRAUDFIXER'S TAGS

No current results.

FRAUDFIXER'S DIARIES II

No current results.

King Cast.net from http://mortgagemovies.blogspot.com visited FEIN SUCH KAHN SHEPHARD in November to question the attorneys at this firm for using Robo-Signers to forge documents in order to Foreclose on people's property.
**Watch this video which clearly shows the evasive attorneys are seen Heading for the Hills when questioned about their criminal fraudulent activities of forging documents and using counterfeit securities.**
http://www.youtube.com/...

You also can see an Attorney named Vincent Dimaioio, a confirmed attorney at this firm per the firms website deny that he even works for the firm, who would lie about such a thing if they were not criminals? Nobody. But its obvious the attorneys all know that what they do for a living is an organized racketeering operation.

*As Judges from all across the Country including NY State Judge Arthur Schack, Arizona Bankruptcy Judge Eileen Hollowell and U.S. District Judge Christoper Boyko and John Holschuh comprehend the importance of Standing I am at a loss to understand how some people cannot see the problem. Here are just a few decisions and issues:

http://www.msnbc.msn.com/...

http://stopforeclosurefraud.com/...
http://www.ourbroker.com/...

Foreclosure Mill FEIN SUCH KAHN & SHEPHARD located in Parsippany NJ and Chestnut Ridge NY began scrambling to hide in any crack they could find at the Parsippany NJ office when we visited them on behalf of a homeowner who's loan is Not in default, the loan has been payed off and the Attorneys and Bank refuse to produce any evidence of a debt besides a Forged Assignment of Mortgage from a well known Robo Signer named Bethany Hood at Lender Processing services (LPS) and a Counterfeit security(the Note) filed in a public office. Unfortunately for attorneys ,Monica Christie, Richard Garbino, Michael Hanusek and the firm FEIN SUCH & CRANE, they are in more hot water then they can possibly imagine. They have never learned commercial law in school. This is to their detriment of course. These brain dead mind midgets go to war with no way to protect themselves personally after the proverbial poop hits the fan.

Daily Kos: Terrified faces at robo-signer Foreclosure Mill Fein Such Kahn & Shepard pt.1     Page 2 of 4

Attorneys and Judges have no Judicial immunity when they have committed crimes and these attorneys at FEIN SUCH KAHN & SHEPHARD are so dumb that they filed fraudulent forged documents and a Counterfeit Security into a public office. They left the entire papertrail and evidence of thei crimes at the scene.

Remember about 99% of all foreclosure cases being brought against a homeowner are fraudulent an they dont have the original security which is the evidence of the debt...PERIOD....federal rules of civil procedure "Require" this.

Imagine that....... forging a document to make it look like you can foreclose on the Brooklyn Bridge, pushing through a rocket docket fraudulent case and then gaining a fraudulent summary judgment to sell the Bridge at a fraction of the value. Thats a great racket these domestic terrorists are pulling on their own people Aye?
Then the court sells the fraudulent judgment  as the court is a "For Profit" CORPORATION and its  a revolving door of organized crime against the American people committed by their own people. The domestic terrorist Attorneys, Judges and Foreign Terrorist Banks steal from the American PEOPLE and continue to drive this Great country into the ground.

Attorneys across the nation continue to do this on a daily basis and the foreclosure cases that are being filed are illegal,fraudulent, they filed forged documents and counterfeit securities into the case in order to act like they can sue when in fact they cannot. These Attorneys are Personally going at risk when in fact their Firm is gonna tell them to get Fd when the Bill collector comes a knockin.
Remember, virtually No Bank and law firm sueing for orforeclosure has the original security nor are they submitting in evidence a certified copyot it. Anyone sued by any of these blood sucking demons should fight back and protect themselves  under the constitution for their rights liberty and property. The People of the United States Republic are the higher authority and these criminals will be taken down by "the people".

*The Scam is that the Attorneys buy a forged Assignment of Mortgage from Lender Processing Services(LPS) to create the appearance that the plaintiff(Bank) can sue you. Then they take a copy of the Note and pass it off as the original net Ink Note(Can you say Counterfeiting). The current Note would be riddled with markings of how many times it was sold. They cannot and will not produce something especially when this exposes such gross fraud on their part. They sell the Note between 5 and 25 times and never share in the profits with you. Add all that up and the homeowner would have no balance left not to mention they would owe you a Hefty sum. They owe us the profits that were made on our signature not to mention the illegal Conversion of the Note from a pay to the order to INTO a pay to the order of, Illegaly converting the note to a draft(check), those funds Paying the seller with the sale of the note and the bank never lent the buyer any money. They stole the personal property of the homeowner(the note) and sold it to pay the seller. A mere exchange or swap. No money was lent to the homeowner by the bank. Then they try to enforce a "power of sale" clause on a void contract. No Disclosure of these activities in the contrct whatsoever. and above all thy made you n unwitting 3rd party to an undisclosed investment contract. Thebank did not even register the security(Act of 1933 securities violation).

Foreclosure Mills are law firms that mass produce Fraudulent Foreclosure cases against an unwitting pubik, the average hard working family. Most of the time boiler room operations. They dont have any original documents in which to commence a lawsuit so they call upon Lender Procesing Services(LPS) of Mendota Heights,MN to Fabricate and forge fraudulent documents so that it appears as though the law firm can begin a lawsuit against families unable to afford their home. Why cant they afford it? Because the lenders jammed the Adjustable and negative ammortization loans down their throat.

*Read Judge Harry Dees declare Bethany Hoods signature and document to be fraudulent as she doesnt work for MERS. MERS Officer admits on the record that Bethany Hood doesnt work for MERS. If you dont believe it call LPS yourself and you will see Bethany Hood answer her direct line at Lender ProcessingServices with a clear head.
http://www.scribd.com/...

And how can I forget the forged document bought by FEIN SUCH & CRANE attorneys for Everhome Mortgage with their return address at the bottom right to send it to.
http://www.scribd.com/



Recent Activity

Login    You need to be logged into Facebook to see your friends' recent activity.

Daily Kos Add Santorum's missing Ohio votes and he beat Mitt by ~92%
79 people recommend this.

Daily Kos For Mitt Romney and Republicans, Super Tuesday wasn't so super after all
4 people recommend this.

Daily Kos Rick Santorum: Single mothers are "breeding more criminals"
846 people recommend this.

Facebook social plugin

The Aggravated forgery of an Assignment of Mortgage by Bethany Hood and Everhome Mortgage in the link above. The Everhome attorney in the Koontz case agrees the Assignment is fraudulent after the MERS officer admits under oath that Hood doesnt work there. Nothing better then hard evidence aye. A Complaint is currently being investigated by the FBI MN field office after taking it over from the Mendota Heights police department in MN. Everhome Mortgage clearly showing a pattern and practice of using forged documents to commence lawsuits. Wouldnt you to own a stadium like Everbank Field in Jacksonville, FL if you stole and created money out of thin air at the expense of american people. Everbank is the parent company of Everhome Mortgage

Daily Kos: Terrified faces at robo-signer Foreclosure Mill Fein Such Kahn & Shepard pt.1    Page 3 of 4

In a nutshell, LPS fabricates fraudulent forged documents to the network of Foreclosure Mill law firms who are pushing these fraudulent cases through the court system illegally.They are called Rocket Dockets. The courts accept forged fraudulent documents by firms like FEIN SUCH KAHN & SHEPHARD and then the firm enters a counterfeit of an original wet ink Promissory Note. The corrupt crooked Judges,in this particular case are from the Supreme Court of New York, SUFFOLK COUNTY and all fraudulent documents were accepted through the Suffolk County Clerk of Court, Judith Pascale. They rush the Rocket Docket complaint through the system, avoiding discovery and never having the original security to sue the unwitting homeowner.

*Listen to Congressman Alan Grayson describe the fraud being committed against the American People if you still dont believe these luciferians are doing this:
http://www.youtube.com/...

In Closing, if the American people really new how they are being raped and pilaged by these banks and attorneys the Occupy Wall Street protests would 100 x larger then it is now. In many cases, American Law firms like FEIN SUCH KAHN & SHEPHARD are agents working w/out a contract for a Foreign Bank(ex. HSBC, Deutche Bank) and committing "Financial Terrorism" against its own American people by filing forged fraudulent documents and Counterfeit Securities in order to illegally steal homes from honest hard working Americans. The Loser pundits in the media who forgot their roots and where they came from frown on American people standing up for their rights. They claim the protesters dont have a defined message. With Hundreds and sometimes a few thousand people protesting, how can there possibly be a concerented defined message. The pundits are sell outs of their own people and country. Murdoch robots working for a paycheck from their bosses, who control the American media. Shame on you Harvard MBA mind midgets, you are aiding and abetting in the crimes. End result, the illegal foreclosures cause the Unlawfu' sales of property to crash real estate values as the Foreign bank and attorneys are selling the homes for a fraction. Real Estate Comparables continue to go down and those same domestic Terrorist attorneys, Judges and the low life pundits have their property values crashing down and they wonder why their 5 million dollar home is now worth 2 million. Its the raping and pilaging of the American People by the banks, attorneys and judges that caused the problems to begin with. President Clinton, is who allowed the loans to be given to people that did not qualify. Knowing full well that this would happen down the road. This was the Luciferian strategy to steal property from their own people and keep them broke and in fear of the next wave of communism ahead.

If you should need any further evidence or resources, submit a comment
Due to some non believers and/or tools of the dark side, Resources are being updated with more to come.

Stand by for part 2 of this video coming shortly

bethany hood    Civil Rights    community    Congress    Culture    Economy
Everhome mortgage    foreclosure fraud    GOP    kellie rohling    LPS    MERS
michael nanusek    Mitt Romney    monica christie    Newt Gingrich    Occupy Wall Street
ows    richard gerbino    robo signer

POLL

Are you aware that banks and attorneys are illegally foreclosing on homes without bringing forward evidend of any debt, in turn causing the entire real estate market to crash due to the unlawful sale of the Peoples homes?

○ Yes
○ No
○ not sure, If so they should be arrested for treason
○ I dont really care

vote    | 26 votes | Results

Sales Listing Details

Back

## Sales Listing Details

| | |
|---|---|
| Sheriff #: | F-11007247 |
| Court Case #: | F2870310 |
| Sales Date: | 6/19/2012 |
| Plaintiff: | BAYVIEW LOAN SERVICING, LLC |
| Defendant: | DOMITHILLA EPUECHI; ET ALS. |
| Address: | 1019 CLINTON AVE IRVINGTON NJ 07111 |
| Description: | TAX LOT NO. 59 IN BLOCK NO. 209 DIMENSIONS OF LOT APPROX.: 25 X 102 NEAREST CROSS STREET: 58.74 FT FROM BRUEN AVENUE |
| Approx. Upset*: | $219,782.25 |
| Attorney: | FEIN, SUCH, KAHN & SHEPARD, P.C. |
| Attorney Phone: | (973)538-4700 |

## Status History

| Status | Date |
|---|---|
| Scheduled | 10/11/2011 |
| Adjourned Defendant | 10/25/2011 |
| Adjourned Defendant | 11/15/2011 |
| Adjourned Plaintiff | 11/29/2011 |
| Bankruptcy | 11/29/2011 |
| Bankruptcy | 1/17/2012 |
| Adjourned Plaintiff | 2/21/2012 |
| Adjourned Court | 3/27/2012 |
| Adjourned Plaintiff | 4/10/2012 |
| Adjourned Court | 4/17/2012 |
| Adjourned Court | 6/19/2012 |

* Excludes Judgment Interest and Sheriff Fees.

Pa  8

B1 (Official Form 1) (12/11)

## UNITED STATES BANKRUPTCY COURT

**Name of Debtor (if individual, enter Last, First, Middle):** EPUECHI

**Name of Joint Debtor (Spouse) (Last, First, Middle):**

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): DOMITHILLA

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3425

Street Address of Debtor (No. and Street, City, and State): 1019 Clinton Av. Irvington NJ
ZIP CODE

```
Case # : 12-25622-RG+131
Debtor : DOMITHILLA EPUECHI
Judge  : ROSEMARY GAMBARDELLA
Chapter: +131

Filed  : June 19, 2012  12:32:37
Deputy : CHERYL DORSEY
Receipt: 517915
Amount : $0.00
```

County of Residence or of the Principal Place of Business: ESS-QX

Mailing Address of Debtor (if different from street address):
ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):
ZIP CODE

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form. ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☒ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for ☐ Chapter 9  Recognition of a Foreign ☐ Chapter 11  Main Proceeding ☐ Chapter 12  ☐ Chapter 15 Petition for ☒ Chapter 13  Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests: Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter). Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): | Page 2 |
| --- | --- | --- |
| *(This page must be completed and filed in every case.)* | | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
| --- | --- | --- |
| Location Where Filed: *Newark NJ* | Case Number: | Date Filed: |
| Location Where Filed: *Newark* | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
| --- | --- | --- |
| Name of Debtor: *Bayview Loan Services* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): | Page 3 |
| --- | --- | --- |
| *(This page must be completed and filed in every case.)* | | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

Telephone Number (if not represented by attorney) 9-73-517-6164

Date _____

### Signature of Attorney*

X _____
    Signature of Attorney for Debtor(s)

    _____
    Printed Name of Attorney for Debtor(s)

    _____
    Firm Name

    _____
    Address

    _____
    Telephone Number

    _____
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    _____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    _____
    Address

X _____
    Signature

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

A-4006-11T4

```
SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.  A-004006-11T4
```

```
FILED
APPELLATE DIVISION
June 4, 2012

          CLERK
```

SCHEDULING ORDER

BAYVIEW LOAN SERVICING LLC
VS
DOMITHILLA EPUECHI, ET AL

An appeal having been filed in the above matter,

IT IS HEREBY ORDERED that the time for filing and serving briefs and appendices shall not be later than as follows:

a) BRIEF-APPELLANTS BRIEF AND APPENDIX (due date:07/19/2012)
   DOMITHILLA EPUECHI
b) BRIEF-RESPONDENTS BRIEF AND APPENDIX (due date:08/20/2012)
   FEIN SUCH KAHN & SHEPARD PC - VINCENT, J DI MAIOLO
c) BRIEF-REPLY BRIEF (due date:08/30/2012)
   DOMITHILLA EPUECHI

IT IS FURTHER ORDERED that when service of a brief is made by ordinary mail on its due date, three days shall be added to the due date of the next brief as provided in R.1:3-3; and

IT IS FURTHER ORDERED that if appellant has not already filed three additional copies of the transcript with the Clerk and served one copy on any one respondent for the use of all the respondents, same are to be filed and served within ten days hereof; and

IT IS FURTHER ORDERED that five copies of each brief and appendix shall be filed with the Clerk, along with a proof of service indicating that two copies were served on each party to the appeal and one copy of the transcript was served on any one respondent; and

IT IS FURTHER ORDERED that in the event of default by appellant regarding any provision of this order, THE APPEAL WILL BE SUBJECT TO DISMISSAL WITHOUT FURTHER NOTICE; and

IT IS FURTHER ORDERED that if any respondent fails to file a brief within the time directed by this order, such respondent will be subject to preclusion from further participation in the appeal.

WITNESS, the Honorable Ariel A. Rodríguez, Acting Presiding Judge for Administration, at Trenton, this 4th day of June, 2012.

Pa 7

```
JOSEPH H. ORLANDO
CLERK OF THE APPELLATE DIVISION
```

# A-4006-11T4

ORDER ON MOTION
----------------

```
FILED
APPELLATE DIVISION
May 23, 2012

                    CLERK
```

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.  A-004006-11T4
MOTION NO.  M-005609-11
BEFORE      PART E
JUDGE(S):   CARMEN MESSANO
            MARIANNE ESPINOSA

BAYVIEW LOAN SERVICING LLC
VS
DOMITHILLA EPUECHI, ET AL

MOTION FILED:    04/16/2012        BY:  DOMITHILLA EPUECHI
ANSWER(S)        05/22/2012        BY:  BAYVIEW LOAN SERVICING LLC
FILED:

SUBMITTED TO COURT: May 17, 2012

ORDER
-----

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS, ON THIS
22nd day of May, 2012, HEREBY ORDERED AS FOLLOWS:

MOTION BY  APPELLANT

MOTION FOR STAY                              DENIED

SUPPLEMENTAL:

The entry of this order is not a final disposition of the appeal and does
not modify the stay previously entered in the trial court.

FOR THE COURT:

CARMEN MESSANO, P.J.A.D.

F-028703-10    ESSEX
ORDER - REGULAR MOTION
AD

APR. 13. 2012   1:12AM

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. (2)

# A-4006-11
# M-5609-11

(1) Domithilla Epuechi
1019 Clinton Avenue
Irvington NJ 07111
973-517-6144

(3)

v.

Bayview Loan Servicing, LLC
vs.
Domithilla Epuechi, et al

NOTICE OF MOTION FOR (4)

STAY PENDING APPEAL

FILED
APPELLATE DIVISION

APR 16 2012

CLERK

TO:   (5) Fein, Such, Kahn & Shepard, P.C.
7 Century Drive Suite 201
Parsippany NJ 07054
973-538-4700

PLEASE TAKE NOTICE that the undersigned hereby moves before the Superi
Court of New Jersey, Appellate Division, for an Order (6)

staying the trial court order of April 9,2012 pending disposition of the appeal, and stay for the sale of the property
located at 1019 Clinton Avenue Irvington NJ 07111 which is scheduled for the 4/17/2012

In support of this motion, I shall rely on the accompanying brief. (7)

(8) 04/13/2012          (9)
         (Date)                                    (Signature)

(10) Domithilla Epuechi

I hereby certify that I am mailing or delivering the original and four copies
of this notice of motion and accompanying brief to the Clerk of the Appellate
Division and mailing or delivering two copies of same to the following:

(11) Fein,Such,Kahn&Shepard, P.C.
7 Century Drive Suite 201
Parsippany NJ 07054
973-538-4700

(12) 04/13/2012          (13)
         (Date)                                    (Signature)

(14) Domithilla Epuechi

ADMIN-39
3/96
Revised 07/1996, CN 10503-English
Revised 01/03/2011, CN 10837-English (Appellate Pro Se Kit)

Pg. 6

page 25 of 26

# FEIN, SUCH, KAHN & SHEPARD, P.C.
### COUNSELLORS AT LAW

7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
(973) 538-4700
FACSIMILE (973) 397-2976

SOUTHERN NEW JERSEY OFFICE
835 ROUTE 37 WEST, SUITE B
TOMS RIVER, NEW JERSEY 08755

www.feinsuch.com

May 21, 2012

Via Lawyers Service
Clerk of the Appellate Division
Superior Court of New Jersey
Appellate Division
Richard J. Hughes Justice Complex
25 Market Street
Trenton, New Jersey  08625

RE:  BAYVIEW LOAN SERVICING LLC VS. DOMITHILLA EPUECHI
     DOCKET NO. A-004006-11T4
     MOTION DOCKET NO. M5609-11
     OUR FILE NO. B616-363

Dear Honorable Judges of the Appellate Division:

Please accept this letter of memorandum, in lieu of a more
formal brief, of the Respondent in opposition to the Appellant's
Motion for Stay Pending Appeal.

TABLE OF CONTENTS

Page #

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   i

TABLE OF CASES CITED . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ii

RULES CITED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   iii

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . .   i

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

LEGAL ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7

   POINT I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7

      DISMISSAL OF MOTION IS APPROPRIATE
      DUE TO PROCEDURAL DEFICINCIES OF THE
      APPELLANT'S MOTION BRIEF AND
      APPENDIX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7

   POINT II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

      APPELLANT DOES NOT MEET THE
      LEGAL OR FACTUAL STANDARDS NECESSARY
      FOR IMPOSITION OF STAY . . . . . . . . . . . . . . . . . . . . . .   10

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   16



Jun 19 12 08:49a

p.1

973 733 - 9838

SUPREME COURT OF NEW JERSEY
S-53 September Term 2011
071004

BAYVIEW LOAN SERVICING, LLC

    Plaintiff,

       v.

DOMITHILLA EPUECHI,

    Defendant-Applicant.

**FILED**

JUN 18 2012

CLERK

O R D E R

This matter having come before the Court on the application
of defendant, pro se, pursuant to Rule 2:9-8, seeking emergent
relief arising from defendant's application for leave to file an
emergent motion on short notice in the Superior Court, Appellate
Division, for purposes of seeking a stay pending appeal of a
sheriff's sale presently scheduled for June 19, 2012; and on
April 17, 2012, the Superior Court, Chancery Division, Essex
County (F-28703-10) having entered an order granting defendant's
motion for a stay and adjourning the sheriff's sale until June
19, 2012, "for purposes of pursuit of the appeal filed by
[d]efendant on April 16, 2012"; and on May 23, 2012, the
Superior Court, Appellate Division (A-4006-11T4) having
considered defendant's motion for a stay and having entered an
order denying defendant's motion and explaining that its order
"is not a final disposition of the appeal and does not modify

Jun 19 12 08:49a

p.2

the stay previously entered in the trial court"; and on June 14,
2012, the Chancery Division having denied defendant's renewed
request for a stay of the sheriff's sale pending appeal,
explaining that the Appellate Division had denied a stay and
that the Chancery Division lacked jurisdiction to entertain the
motion in light of the appeal; and on June 15, 2012, the
Appellate Division having denied defendant permission to file an
emergent motion on short notice, noting that defendant "was
denied a stay pending appeal by the Appellate Division by order
of May (23), 2012"; and the undersigned having reviewed the
papers defendant submitted in support of her emergent
application, as well as the dispositions of the Appellate
Division and Chancery Division; it is hereby ORDERED that the
application is denied.

Justice Helen E. Hoens

Dated:   June 18, 2012

The foregoing is a true copy
of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY

- 2 -

un 17 12 04:09p                                                                    p.1

06/15/2012  17:28    856-858-9243        NJ APP DIV WESTMONT           PAGE  01/32

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
216 HADDON AVENUE
WESTMONT, NJ  08108

FAX #:   (856) 858-9243

DATE:  ___6/15/12____

TIME:  ___5:20 pm____

TO:  _Dominilla Epicchi____  FAX #: 973-733-9838
Fun, Suh, Kann & Shepherd PC
att. re Bayview Loan Servicing  FAX #: 973-347-2976
_Judge Koprowski Jr.____  fax #: 973-648-2146

FROM:  _Daryl - Judge Axelrod   law clerk__

PHONE #:  850-854-8590

RE:  _Bayview loan servicing____
_____ v. Dominilla Epicchi.__

NO. OF PAGES:  ___2___    (INCLUDING COVER PAGE)

MESSAGE:  _application for permission too file emergent___
_____ motion__

CONFIDENTIALITY NOTICE

The information contained in this facsimile transmission
may be privileged and confidential information intended for the
sole use of the persons or entities named on this transmission.
The dissemination, distribution, copying, or use of the
information it contains is strictly prohibited. If you have
received this transmission in error, please call the sender
immediately.

IF YOU DO NOT RECEIVE ALL OF THE PAGES OR HAVE PROBLEMS
RECEIVING THIS FACSIMILE, PLEASE CALL THE SENDER ASAP.

Received Time Jun. 17.  3:45PM

Jun 17 12 04:09p                                                    p.2

06/15/2012  17:28    856-858-9243        NJ APP DIV WESTMONT    PAGE  02/02
  Jun 15 12 04:47p                                                p.4

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DISPOSITION ON APPLICATION FOR PERMISSION TO FILE EMERGENT MOTION

Case Name: A-00 4006-11T4

Trial Court or Agency Below: _____

DO NOT FILL IN THIS SECTION -- FOR COURT USE ONLY

I.   The application for leave to file an emergent motion on short notice
is Denied for the following reasons:

☐ . This application does not concern a genuine emergency or otherwise
does not warrant adjudication on short notice.  Counsel may file a
motion with the Clerk's Office in the ordinary course.

☐ The applicant did not apply to the trial court or agency for a stay,
and obtain a signed order, before seeking a stay from the Appellate
Division.

☐ The application concerns an order entered during trial as to which
there is no prima facie showing that immediate interlocutory
intervention is warranted.

☒ Other reasons: _Appellant was denied a stay_
_pending appeal by the Appellate_
_[   ] order of Sept 7 2012_

II. The application for leave to file an emergent motion on short notice
is Granted on the following terms:

A.   The applicant must file an original and two copies of the motion for
emergent relief _and_ a notice of appeal or motion for leave to appeal
(plus all required fees or an indigency motion) with Judge _____
_____ by no later than _____. On that same
date, copies must be delivered to all counsel/pro se parties and to
Judge _____. A copy must also be sent to the trial
judge or agency whose decision is being appealed.

B.   Opposition must be served and filed by no later than _____.

C.   Other terms: _____
_____
_____

_____          6/15/12
FRANCINE I. AXELRAD  J.S.D.               Date
                                          5:10 PM  page 4 of 4



pr 28 12 03:38p                                                                                    p.1
973 648 2146
04/16/12  17:42:03          REMOTE ID->      973 648 2146  Imprint ID     09:51:08   04-16-2012   2/2
                                                                                      Page 002

FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
3616-363
Attorney for Plaintiff

F I L E D
APR 17 2012
Hon. Harriet F. Klein, J.S.C.

BAYVIEW LOAN SERVICING, LLC

                    Plaintiff

vs.

DOMITHILLA EPUECHI, et als.

                    Defendant

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION-
ESSEX COUNTY

DOCKET NO.: F-28703-10

CIVIL ACTION

ORDER *FOR STAY PENDING APPEAL*
*on April 16, 2012*

THIS MATTER being opened to the Court upon Application of

Defendant, DOMITHILLA EPUECHI, and FEIN, SUCH, KAHN & SHEPARD,

P.C., appearing on behalf of the Plaintiff, BAYVIEW LOAN

SERVICING, LLC, Vincent DiMaiolo, Jr. appearing thereon, and the

court having considered the papers submitted by the applicant and

having heard the oral argument of both parties, and for good

cause shown,

    IT IS ON THIS  *17Th*  DAY OF  *April*  , 2012

    ORDERED, that for the reasons stated on the record, the

Defendant's Motion ~~for a Stay of~~ *for a Stay of* ~~to adjourn~~ Sheriff's Sale is hereby granted *for the*
*purpose of pursuit of the appeal filed by Defendant on April 16, 2012*
and it is further

    ORDERED, that the public sale of property located at 1019

CLINTON AVENUE, IRVINGTON, NJ be adjourned until June 19, 2012; *however, if*
*the Appellate Division disposes of the appeal prior thereto, the sale may be re-*
and it is further  *scheduled for an earlier date on notice to Defendant*

    ORDERED, that a copy of this Order shall be served upon all

parties in interest in this matter, within seven (7) day of

receipt by plaintiff's counsel.

                                Harriet F. Klein, J.S.C. J.s.c

Aor 12 12 04:41p

p.3

04/10/12 13:41:16          REMOTE ID->Superior Court of NJ  Imprint ID      Page 002

FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
B616-363
Attorney for Plaintiff

FILED

APR 18 ...

WALTER KOPROWSKI, JR. J.S.C.

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC | SUPERIOR COURT OF NEW JERSEY |
| | CHANCERY DIVISION- |
| Plaintiff | ESSEX COUNTY |
| vs. | |
| | DOCKET NO.: F-28703-10 |
| DOMITHILLA EPUECHI, et als. | |
| | CIVIL ACTION |
| Defendant | |
| | ORDER |

**THIS MATTER** being opened to the Court upon Application of

Defendant, DOMITHILLA EPUECHI, and FEIN, SUCH, KAHN & SHEPARD,

P.C., appearing on behalf of the Plaintiff, BAYVIEW LOAN

SERVICING, LLC, Vincent DiMaiolo, Jr. appearing thereon, and the

court having considered the papers submitted by the applicant and

having heard the oral argument of both parties, and for good

cause shown,

IT IS ON THIS  10th  DAY OF  April    , 2012

ORDERED, that for the reasons stated on the record, the

Defendant's Motion to Adjourn a Sheriff's Sale is hereby granted;

and it is further

ORDERED, that the public sale of property located at 1015

CLINTON AVENUE, IRVINGTON, NJ be adjourned until April 17, 2012;

and it is further

ORDERED, that a copy of this Order shall be served upon all

parties in interest in this matter, within seven (7) day of

receipt by plaintiff's counsel.

J.S.C

Apr 12 12 04:41p                                                                    p.2

FORM C

*BAYVIEW LOAN SERVICING, LLC*

SUPERIOR COURT OF NEW JERSEY

*C/O FEIN SUCH KAHN + SHEPARD, P.C.*

CHANCERY ~~LAW~~ DIVISION

Plaintiff's Name (first, middle, last)

~~SPECIAL CIVIL~~ PART

*7 CENTURY DRIVE   SUITE 201*                    *ESSEX* County

Address

*PARSIPPANY   NJ   57054*

City, State, Zip Code

Docket Number  *F-28713-10*

*973 - 538 - 4700*

Telephone Number

VS.

*DOMITHILLA EPUECHI*

Defendant's Name (first, middle, last)

*1019 CLINTON AVE*

Address

*IRVINGTON   NJ   07111*

City, State, Zip Code

*973 - ~~538~~ - 517 - 6144*

Telephone Number

F I L E D

APR  9 2012

Hon. Harriet F. Klein, J.S.C.

CIVIL ACTION

ORDER

---

This matter being opened to the court by *DOMITHILLA EPUECHI* the (check one)

(Your Name)

☐ Plaintiff  ☒ Defendant in the case by way of motion seeking an order to:

✓ Permit Discovery
___ Vacate Dismissal/Reinstate Complaint
___ Amend Complaint
___ Amend Answer

___ Amend Judgment
___ Enter Judgment Out of Time
✓ Vacate Default/Vacate Default Judgment *entered on*
___ Other (Specify)  *June 6, 2011*

and the court having considered the motion  pleadings on file and/or argument of the moving party and for good cause appearing;

*(Do not write below this line, for court use only)*

On this  *9th*  day of  *April*  2012 :

it is ORDERED that *the motion to vacate default judgment is DENIED. Defendant has not met the requirements of R. 4:50-1, namely excusable neglect and a meritorious defense. Defendant has not raised any issues regarding service of process. She has set forth a laundry list of common defenses to residential mortgage foreclosures, whereas this was a commercial mortgage. Her documents consist largely of papers from unrelated proceedings. Plaintiff has presented a Note marked "Original" with an Allonge as well as an Assignment of Mortgage predating the complaint.*

IT IS FURTHER ORDERED that a copy of this Order be served by the moving party upon all other parties of their attorneys, if any, within  *7*  days of the date listed above.

This motion was:

(Opposed)  Unopposed

*Harriet F. Klein*

J.S.C.

Revised 06/2008, CN 10543-English (How to File a Motion in the Special Civil Part)

*※ This is the first time that Defendant seeks to raise these defenses after two modification agreements and 2 bankruptcy filings to delay.*

*She*   Received Time Apr. 12. 9 4:17PM

Feb 23 12 06:16p

1/12 14:26:59          REMOTE ID->        373 648 2148  Imprint ID        Page ---        p.4

FEIN, SUCH, KAHN & SHEPARD, P.C.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 539-9300
B616-563
Attorney for Plaintiff

FILED

FEB 2 2 2012

KENNETH S. LEVY, P.J.Ch.

| BAYVIEW LOAN SERVICING, LLC | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff | CHANCERY DIVISION- ESSEX COUNTY |
| vs. | DOCKET NO.: F-28703-10 |
| DOMITHILLA EPUECHI, et als. | CIVIL ACTION |
| Defendant | ORDER |

THIS MATTER being opened to the Court upon Application of Defendant, DOMITHILLA EPUECHI, and FEIN, SUCH, KAHN & SHEPARD, P.C., appearing on behalf of the Plaintiff, BAYVIEW LOAN SERVICING, LLC, Vincent DiMaiolo, Jr. appearing thereon, and the court having considered the papers submitted by the applicant and having heard the oral argument of both parties, and for good cause shown,

IT IS ON THIS 22nd DAY OF February , 2012

ORDERED, that for the reasons stated on the record, the Defendant's Motion to Adjourn a Sheriff's Sale is hereby granted; and it is further

ORDERED, that the public sale of property located at 1019 CLINTON AVENUE, IRVINGTON, NJ be adjourned until March 27, 2012; and it is further

ORDERED, that a copy of this Order shall be served upon all parties in interest in this matter, within seven (7) day of receipt by plaintiff's counsel.

KENNETH S. LEVY, P.J.Ch.          J.S.C.

Received Time Apr. 12.  4:17PM



**Supreme Court of New Jersey**
**Advisory Committee on Judicial Conduct**
Richard J. Hughes Justice Complex
P.O. Box 037, Trenton, New Jersey 08625-0037
Phone: (609) 292-2552    Fax: (609) 292-6848
Website: http://www.njcourtsonline.com

| For Office Use Only |
| --- |
| Docket Number: |
| Date Received: |

# Complaint Form

Instructions: Please type or print all information. Please attach any supporting documents to this complaint form and send them to the address shown above. Be advised that the Committee will not return any documents.

Your Name: DOMITHILLA EPUECHI

Mailing Address: 1019 CLINTON AVE

City: IRVINGTON          State: NJ     Zip Code: 07111

Telephone Number: 973-517-6144

Name of Judge: 1) CARMEN MESSANO P.J.A.D ; 2) JUSTICE HELEN E HOENS 3) FRANCINE F.AXELRAD J.A.D ; 4) HON. HARRIET F. KLEIN, JSC

County/Municipality Where Judge Presides: ESSEX COUNTY

Case Number/Docket Number (if applicable): F-28703-10  ; A 4006-11T4 ; S 54 SEPTEMBER TERM 2011, 071004   US. BANKRUPTCY 12-25622-RG+13I   US. DISTRICT COURT FLORIDA

List the name of any Attorney(s) involved: 12-CV-22341- UNGARO/TORRES

FEIN SUCH, KAHN+SHEPARD, P.C.   7 CENTURY DRIVE SUITE 201 PARSIPPANY NJ 07054

List the name of any witnesses who observed the judge's conduct:

NONE + RECORDS ARE SPEAKING FROM HIMSELF

Complaint Form

Please state the nature of your complaint against the judge(s) and provide specific facts to support your allegation(s) of judicial misconduct. Please include the date(s) of the alleged misconduct. You may attach additional pages, if necessary.

THIS ACTION – MOTION WAS INITIATED IN SUPERIOR COURT ESSEX COUNTY BEFORE HON HARRIET F. KLEIN, WHICH ON APRIL 9, 2012 OPPOSED THE DEFENDANTS MOTION TO VACATE JUDGMENT. THERE WAS NO HEARING BUT THE JUDGE STATED THAT PLAINTIFF PRESENTED A NOTE MARKED "ORIGINAL" WITH AN ALLONGE AS WELL AS THE ASSIGNMENT OF MORTGAGE. HOW CAN A JUDGE ASSERT THAT HE HAS SEEN THE ORIGINAL NOTE IF THERE WAS NO HEARING; FEIN, SUCH, KAHN + SHEPARD, P.C. ARE KNOWN TO REPRODUCE FAKE AND NOT AUTHENTIC DOCUMENTS IN COURTS – THEY SENT POSSIBLY A FAX TO THE COURT STAMPING THE NOTE WITH "ORIGINAL". THIS FIRM IS UNDER INVESTIGATION BY FEDERAL AUTHORITIES IN THIS REGARD.

THIS MOTION WAS BROUGHT BECAUSE OF ROBO – SIGNER ROBERT GLENN HALL WORKING FOR THE PLAINTIFF ASSIGNING WITHOUT AUTHORITY THE NOTE OVER TO HIS EMPLOYER, AS A PERSON EXECUTING A DOCUMENT HE ADDITIONALLY CANNOT ASSIGN TO HIMSELF OR PLAINTIFF AND ITS EMPLOYER A MORTGAGE AND NOTE IT IS A CONFLICT OF INTEREST ISSUE INVOLVED IN HIS SHODDY WAY OF DOING BUSINESS.

FURTHER EPUECH APPEALED TO THE APPELLATE DIVISION WICH GAVE THE APPELLANT UNTILL JULY 19, 2012 TO FILE A BRIEF BUT IT DENIED TO EXTEND THE SHERIFF SALE ON MAY 22, 2012 BY CARMEN MESSANO P.J.A.D.

PREVIOUSLY ON MAY 21, 2012 FEIN, SUCH, KAHN + SHEPARD, P.C. FILED OPPOSITION PAPERS TO DENY REQUEST FOR EXTENSION OF SHERIFF SALE. APPELLANT HAD NOT THE OPPORTUNITY TO FILE ANY REPLY BECAUSE DENIAL WAS MADE THE NEXT DAY.

APPELLANT TRIED TO DO IT A RECONSIDERATION IN APPELLATE AND WAS ALSO DENIED / FURTER THE LAST – AGAIN WE DONT KNOW HOW A SUPREME COURT THAT HAS THE OFFICIALLY THE CASE, NO FEES (COURT FEES WERE PAID HAD THE AUTHORITY TO DO ANY DECISION IN THIS MATTER (JUNE 18, 2012). COURTS ATTORNEY MENTIONED DID NOT GIVE APPELLANT A REGULAR DUE PROCESS TO DEFEND HIMSELF ESPECIALLY IF NO BRIEF WAS MADE BY APPELLANT UNTIL 7-19-12, COURTS DECEIDED THE ISSUE BEFORE IT WAS EVEN HEARD IN A OPEN NUTRAL COURT.

X

Signature

DATE: JUNE 26, 2012

Date WITH THE EXTENSION

New Jersey Judiciary, Supreme Court, Advisory Committee on Judicial Conduct
Revised: 10/2007, CN- 11166-English

page 2 of 2

WE KNOW THAT NEW JERSEY COURTS ARE IMUNE OF SUITS THEREFORE WE GOT THE STAY FROM THE US BANKRUPTCY COURT AND WE FILED A ACTION

ACJC How to File Complaint About a Judge

http://www.judiciary.state.nj.us/acjc/how_to_file_complaint.htm

[ACJC Home]

## Advisory Committee on Judicial Conduct How to File Complaint About a Judge

What the Committee needs is a signed letter or complaint form, identifying the judge and specifying exactly what it was that the judge did or did not do to give rise to the complaint. If it was something the judge said, quote the judge as best you can recall. Enclose any documents that you think support your complaint. Send the letter to: The ACJC, PO Box 037, Trenton, NJ 08625-0037. And write "complaint about a judge" somewhere on the envelope.

When we receive a letter of complaint in this office, we make nine photocopies of the complaint and any supporting documents sent with it, such as transcripts. A couple of weeks before one of the Committee's meetings, which take place every five or six weeks, we forward one copy to each member of the Committee. The members review the complaint, along with other materials regarding other matters, and they discuss it at their next meeting. They then decide if there is a basis for a charge of improper judicial conduct that might lead to the institution of formal judicial disciplinary proceedings.

If the members decide that there is no basis for disciplinary action, they will direct us to let you know. If, on the other hand, they decide that there may be such a basis, they will direct that an investigation be conducted and they will determine the scope of such an investigation. In that event, you will not be kept apprised of the status of the matter, but you will be notified if your further participation is needed and you will certainly be notified of the Committee's eventual disposition.

When formulating your letter to the Committee, please keep in mind the fact that the Committee is a disciplinary panel, not a court. The nine members are all private citizens and they are not empowered to determine whether any judicial decision is correct under the law or the facts of a particular case. Only an appeals court is empowered to review judicial decisions, upon the timely filing of an appeal. The Committee's jurisdiction runs to questions of judicial conduct, not judicial decisions, and its disciplinary actions have no impact of any sort on court cases.

Complaint Form

Privacy Policy | Contact Us | ©2012 New Jersey Judiciary

6/19/2012 10:56 AM

# UNITED STATES DISTRICT COURT

Southern District of Florida

Certificate of Service

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was served by Certified Mail Return Receipt on the ___6 th___ of September         , 2012 on all defendants in this action see Servicer List below.

List

Bayview Loan Servicing, LLC,
Bayview Lending Group, LLC
Bayview Financial Trading Group, L.P.,
Bayview Financial, L.P.

4425 Ponce de Leon Boulevard , 5th Floor
Coral Gables Florida  33146
1-800-457-5105

Mortgage Electronic Registration System
1818 Library Street
Reston Virginia 20191
800-646-6377

Robert Glenn Hall
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables Florida 33146
800-457-5105
c/o
Bayview Loan Servicing , LLC

_____
Signature of Filer

___FRED GARZO___
Print the Name

___77-18 101 Ave___
Address

___Ozowe Park NY 11416___
City, State, Zip Code

___609-437-1157___
Telephone Number

and

9780 SW 85th Street
Miami Florida 33173
800-457-5105

Essex County
Superior Court of New Jersey
Hon Judge Harriet Klein P.J.C.
465 Dr Martin Luther King Jr. Boulevard
Newark NJ 07102
973-693-5529

Superior Court of New Jersey
Appellate Division
25 Market Street
P.O. Box 006
Trenton NJ 08625
609-292-4822

Supreme Court of New Jersey
25 Market Street
P.O. Box 970
Trenton NJ 08625
609-292-4837

# United States District Court
## Southern District of Florida

Case Number: _____ New Case _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original <u>or</u> Letter of Understanding)

    ☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)

    ☐ Other:_____

☑ **SCANNED**

    ☑ But Poor Quality

    ☐ Habeas Cases (State Court Record/Transcript)

Date: _____ 9/17/2012 _____