12-23396-CIV-SCOLA/SNOW

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. 12- 22891-Civ-Scola

-------------------------------------------------------x

Domithilla Epuechi,

          Plaintiff,

Civil Action No 12-22891-Civ-Scola

-against-

Bayview Loan Servicing, LLC
Bayview Financial, L.P.
Bayview Financial trading Group, L.P.
Bayview Lending Group, L.P.
Robert Glenn Hall
Mortgage Electronic Registration Systems
Fein, Such, Kahn & Shepard, P.C.

          Defendants.

-------------------------------------------------------x

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

     Upon the affidavits of Domithilla Epuechi, sworn to the_____ day of_____,2012, and upon the complaint and affidavit in support of the Order to Show Cause hereto annexed it is

     ORDERED, that the above named defendants show cause before a motion term of this Court, at Room_____, 400 North Miami Avenue, Miami Florida 33128 in Dade County and State of Florida on _____,____,_____, at_____o'clock in the____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from selling the property located at 1019 Clinton Avenue Irvington NJ 07111; and it is further

     ORDERED that, sufficient reason having been shown therefore, pending the Hearing of plaintiff's application for a preliminary injunction pursuant to Rule 65, Fed. R

Civ. P., the defendants are temporarily restrained and enjoined from selling the property located at 1019 Clinton Avenue in Irvington NJ 07111 , and is further

ORDERED that a security in the amount of $_____ be posted by the Plaintiff prior to _____,\_\_\_\_\_,_____, at_____o'clock in the_____ noon of that day: and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendants or their counsels on or before_____o'clock in the _____ noon, _____,_____,_____, shall be deemed good and sufficient service thereof.

Dated: _____, 2012

Issued:_____ M

_____
United States District Judge